2113439251|02-27-2021 12:47:34 AM

EXHIBIT 1

☐ **The Guardian Life Insurance Company of America**

☒ **Berkshire Life Insurance Company of America**
700 South Street
Pittsfield, MA 01201

**DUPLICATE/SPECIMEN POLICY DISCLAIMER**

Please check the appropriate company(ies). Any insurer checked above is herein referred to as the "Company."

*Berkshire Life Insurance Company of America is a wholly owned stock subsidiary of and an administrator for The Guardian Life Insurance Company of America, New York, NY*

This policy is a duplicate of the original policy, No. Z4163390_____, dated April 27, 2019_____, with the following exceptions.

1.  The typestyle and location of information in certain portions of this policy may be different from the originally issued policy.

2.  The signatures of any company officers which appear on the duplicate policy may differ from those on the original policy if at the time the duplicate policy was produced, those company officers were not the same as when the original policy was issued.

3.  The address of the company home office may be different from that on the original policy.

3913-3-2005

<span style="color:red">EXHIBIT 1</span>

2113439251|02-27-2021 12:47:34 AM

**Berkshire Life Insurance Company of America**
700 South Street • Pittsfield, Massachusetts 01201
1-800-819-2468

## Disability Income Policy
Non-Participating

This Policy, issued by Berkshire Life Insurance Company of America, provides insurance to the extent set out in the Policy. All of the provisions on this page and pages that follow are part of the Policy.

*Sean D. Quinn* — Secretary

*Gordon Dinsmore Jr.* — President

### NONCANCELLABLE AND GUARANTEED RENEWABLE TO THE EXPIRATION DATE
The Policyowner may renew the Policy at the end of each Premium Term until the Expiration Date. During that time, We cannot change the premium or cancel the Policy.

### CONDITIONAL RIGHT TO RENEW AFTER THE EXPIRATION DATE–PREMIUMS CAN CHANGE
After the Expiration Date, the Policyowner may conditionally renew the Policy on each Policy Anniversary, if You are not Disabled, You are Gainfully Employed Full Time for at least ten months each year, the premium is paid on time, and the Policy is in force up to the Expiration Date.

The premium at each renewal will be based on Our premium rates in effect for Your Age, gender, Class of Risk, Occupation Class, any special class rating under the Policy, and other factors We are using on a class basis at that time. We have the right to change such premiums on a class basis on any Policy Anniversary. We will provide at least 45 days' written notice of any change in such premiums.

### IMPORTANT INFORMATION – Please read the provisions entitled Pre-existing Condition Limitation on page 11 and Conditional Renewal after the Expiration Date on page 13.

### THIS POLICY IS NOT A MEDICARE SUPPLEMENT POLICY.
If you are eligible for Medicare, review the Guide to Health Insurance for People with Medicare, which is available from the Company.

### NOTICE OF TEN-DAY RIGHT TO EXAMINE POLICY
Please read the Policy carefully. It is a legal contract between the Policyowner and Us. The Policy may be returned to Us or to the representative through whom it was bought within ten days from the date the Policy was received. Immediately upon such delivery or mailing, the Policy will be void from the beginning, and any premium paid for it will be refunded.

DUPLICATE POLICY
02/25/2021

*Berkshire Life Insurance Company of America
is a wholly owned stock subsidiary of
The Guardian Life Insurance Company of America,   New York, NY*



18ID NC

Z4163390

EXHIBIT 1

2113439251|02-27-2021 12:47:34 AM

This page intentionally left blank.

EXHIBIT 1

2113439251|02-27-2021 12:47:34 AM

Berkshire Life Insurance Company of America, Pittsfield, MA

## Schedule Page 1a

| | | | |
|---|---|---|---|
| Insured: | ANNA F SCHUBERT | Policy Number: | Z4163390 |
| Policyowner: | ANNA F SCHUBERT | Policy Date: | April 27, 2019 |
| Loss Payee: | ANNA F SCHUBERT | | |

### Policy Specifications for the Insured

| | | | |
|---|---|---|---|
| Class of Risk: | Select | Gender: | Female |
| Occupation Class: | 3M | Premium Term: | Annual |

### Disability Income Insurance Policy Coverage and Premium Summary

| Coverage | | Benefit Amount | Annual Premium |
|---|---|---|---|
| Disability Income Insurance Policy | | $6,500 | $2,085.20 |
| Future Increase Option Rider | Total Increase Option: $13,500 | | $584.55 |
| Enhanced Partial Disability Benefit Rider | | | $368.55 |
| 3% Compound Cost of Living Adjustment Rider | | | $354.90 |
| Student Loan Protection Rider | Student Loan Protection Maximum Monthly Benefit: | $2,500 | $510.00 |
| Serious Illness Supplemental Benefit Endorsement | | | No Charge |
| Occupational Rehabilitation, Modification and Access Benefits Endorsement | | | No Charge |
| Annual premium before discounts and policy fee: | | $9,000 | $3,903.20 |

| Applicable Policy Discount | Discount Percent |
|---|---|
| 24 Month Mental and/or Substance-Related Disorders Limitation Discount | 10.00% |
| Select Risk Class Discount | 25.00% |

| | |
|---|---|
| Discounted Annual Premium before policy fee: | $2,634.66 |
| Annual Policy Fee: | $30.00 |
| Annual Premium after discounts and including policy fee: | $2,664.66 |

The Policy is issued with the Graded premium payment option.  The initial level premium period will be to Age 30.  Refer to "Your Premium Schedule" for a schedule of premiums.

The Policy is issued with a True Own Occupation definition of Total Disability.

This Schedule Page replaces any previously issued Schedule Page.

# EXHIBIT 1

2113439251|02-27-2021 12:47:34 AM

## Berkshire Life Insurance Company of America, Pittsfield, MA

### Schedule Page 1b

| | | | |
|---|---|---|---|
| Insured: | ANNA F SCHUBERT | Policy Number: | Z4163390 |
| Policyowner: | ANNA F SCHUBERT | Policy Date: | April 27, 2019 |
| Loss Payee: | ANNA F SCHUBERT | | |

### About the Premiums

The premiums for the Policy are based on gender distinct rates.

If the Policyowner elects to increase, decrease or change Coverage, the Policy premium may change.  A new Schedule Page will be provided.

The following summarizes the premium for each Premium Term option during the initial level premium period for the Coverage selected.

For a Semiannual Premium Term:

A premium of $1,372.30 must be paid every 6 months. This means an additional $79.94 or 3.00% will be paid per year, or a total annualized premium of $2,744.60.

For a Quarterly Premium Term:

A premium of $699.87 must be paid every 3 months. This means an additional $134.82 or 5.06% will be paid per year, or a total annualized premium of $2,799.48.

For a Monthly Premium Term:

A premium of $228.71 must be paid every month. This means an additional $79.86 or 3.00% will be paid per year, or a total annualized premium of $2,744.52.

For a Monthly Premium Term using Automatic Bank Draft (Guard-O-Matic):

A premium of $228.71 must be paid every month. This means an additional $79.86 or 3.00% will be paid per year, or a total annualized premium of $2,744.52.

The additional charge, if any, that is added for paying premium more frequently than on an annual basis will remain the same until the end of the level premium period.

This Schedule Page replaces any previously issued Schedule Page.

# EXHIBIT 1

Berkshire Life Insurance Company of America, Pittsfield, MA

## Schedule Page 1c

| | | | |
|---|---|---|---|
| Insured: | ANNA F SCHUBERT | Policy Number: | Z4163390 |
| Policyowner: | ANNA F SCHUBERT | Policy Date: | April 27, 2019 |
| Loss Payee: | ANNA F SCHUBERT | | |

### Right to Convert to a Level Premium Payment Option

You have the right to apply to convert to a level premium payment option on any Policy Anniversary until Age 50. You are not eligible to convert if You are Disabled or benefits under the Policy are being paid. If you convert, Your new premium will be based upon the following factors:

- Your Age on the date You convert to a level premium payment option; and
- The Class of Risk and the Occupation Class of the Policy; and
- Any special class rating that applies to the Policy; and
- The Coverage provided by the Policy.

If You convert to a level premium payment option, a new Schedule Page will be issued to You.

### About the Policy Coverage

| Issue Age | Monthly Benefit | Elimination Period | Accumulation Period | Benefit Period | Expiration Date | Current Year Annual Premium |
|---|---|---|---|---|---|---|
| 29 | $6,500 | 180 Days | 360 Days | To Age 67 | 04/27/2057 | $2,085.20 |

### Student Loan Protection Rider Coverage Summary

| Issue Age | Student Loan Protection Maximum Monthly Benefit | Student Loan Protection Elimination Period | Student Loan Protection Accumulation Period | Student Loan Protection Termination Date | Current Year Annual Premium |
|---|---|---|---|---|---|
| 29 | $2,500 | 180 Days | 360 Days | 04/27/2029 | $510.00 |

### Enhanced Partial Disability Benefit Rider Coverage Summary

| Issue Age | Rider Effective Date | Current Year Annual Premium |
|---|---|---|
| 29 | 04/27/2019 | $368.55 |

### 3% Compound Cost of Living Adjustment Rider Coverage Summary

| Issue Age | Rider Effective Date | Current Year Annual Premium |
|---|---|---|
| 29 | 04/27/2019 | $354.90 |

This Schedule Page replaces any previously issued Schedule Page.

18ID NC

Schedule Page Date: 04/22/2019

2113439251|02-27-2021 12:47:34 AM

# EXHIBIT 1

6 of 68

### Berkshire Life Insurance Company of America, Pittsfield, MA

## Schedule Page 1d

| | | | |
|---|---|---|---|
| Insured: | ANNA F SCHUBERT | Policy Number: | Z4163390 |
| Policyowner: | ANNA F SCHUBERT | Policy Date: | April 27, 2019 |
| Loss Payee: | ANNA F SCHUBERT | | |

### Mental and/or Substance-Related Disorders Benefit Limitation

Benefits We pay for a Disability caused by, contributed to by, or which results from, a Mental and/or Substance-Related Disorder are limited to 24 months during Your lifetime.

After We have paid benefits for a Disability caused by, contributed to by, or which results from, a Mental and/or Substance-Related Disorder for 24 months during Your lifetime, We will not pay benefits for a Disability caused by, contributed to by, or which results from, a Mental and/or Substance-Related Disorder unless You are:
- continuously confined in a Hospital for treatment of a Disability caused by, contributed to by, or which results from, a Mental and/or Substance-Related Disorder; and
- under the regular care of a Physician.

Under no circumstance will We pay benefits for a Disability caused by, contributed to by, or which results from, a Mental and/or Substance-Related Disorder that We have excluded by name or description.

### About the Policy Benefit Period

The Benefit Period for the Policy meets the federal guidelines for nondiscrimination in employment because of age.

For a To Age 67 Benefit Period:

| If Disability begins | The Benefit Period is |
|---|---|
| Prior to age 60 | To Age 67 |
| At or after age 60, but before age 61 | 84 months |
| At or after age 61, but before age 62 | 72 months |
| At or after age 62, but before age 63 | 60 months |
| At or after age 63, but before age 64 | 48 months |
| At or after age 64, but before age 65 | 36 months |
| At or after age 65, but before age 75 | 24 months |
| At or after age 75 | 12 months |

This Schedule Page replaces any previously issued Schedule Page.

18ID NC                                                                    Schedule Page Date: 04/22/2019

# EXHIBIT 1

2113430251/02-27-2021 12:47:34 AM

Berkshire Life Insurance Company of America, Pittsfield, MA

## Schedule Page 1e

| | | | |
|---|---|---|---|
| Insured: | ANNA F SCHUBERT | Policy Number: | Z4163390 |
| Policyowner: | ANNA F SCHUBERT | Policy Date: | April 27, 2019 |
| Loss Payee: | ANNA F SCHUBERT | | |

### Your Premium Schedule

You have selected the graded premium option. The initial level premium period will be to Age 30. The premiums in the following table are Your guaranteed annual premiums based upon Your current Age.

| Age | Disability Income Insurance Policy Premium | Total Premium For All Riders Combined | Total Guaranteed Annual Premium * | Total Discounted Guaranteed Annual Premium * |
|---|---|---|---|---|
| 29 | $2,085.20 | $1,818.00 | $3,933.20 | $2,664.66 |
| 30 | $2,349.75 | $1,989.10 | $4,368.85 | $2,958.73 |
| 31 | $2,665.65 | $2,194.55 | $4,890.20 | $3,310.64 |
| 32 | $2,916.55 | $2,355.75 | $5,302.30 | $3,588.81 |
| 33 | $3,105.70 | $2,487.80 | $5,623.50 | $3,805.62 |
| 34 | $3,296.80 | $2,614.65 | $5,941.45 | $4,020.23 |
| 35 | $3,499.60 | $2,755.90 | $6,285.50 | $4,252.47 |
| 36 | $3,744.00 | $2,935.45 | $6,709.45 | $4,538.63 |
| 37 | $4,043.65 | $3,145.35 | $7,219.00 | $4,882.58 |
| 38 | $4,404.40 | $3,409.35 | $7,843.75 | $5,304.28 |
| 39 | $4,825.60 | $3,199.70 | $8,055.30 | $5,447.08 |
| 40 | $5,276.70 | $3,534.95 | $8,841.65 | $5,977.87 |
| 41 | $5,774.60 | $3,827.90 | $9,632.50 | $6,511.69 |
| 42 | $6,269.25 | $4,135.30 | $10,434.55 | $7,053.07 |
| 43 | $6,780.15 | $4,459.05 | $11,269.20 | $7,616.46 |
| 44 | $6,967.35 | $4,578.65 | $11,576.00 | $7,823.55 |
| 45 | $7,218.25 | $4,752.35 | $12,000.60 | $8,110.16 |
| 46 | $7,400.90 | $4,856.90 | $12,287.80 | $8,304.02 |
| 47 | $7,583.55 | $5,034.00 | $12,647.55 | $8,546.84 |
| 48 | $7,906.60 | $5,247.35 | $13,183.95 | $8,908.91 |
| 49 | $8,234.85 | $5,462.10 | $13,726.95 | $9,275.44 |
| 50 | $8,560.50 | $5,688.55 | $14,279.05 | $9,648.11 |
| 51 | $8,741.85 | $5,896.40 | $14,668.25 | $9,910.82 |
| 52 | $8,887.45 | $6,091.70 | $15,009.15 | $10,140.92 |
| 53 | $9,032.40 | $6,295.35 | $15,357.75 | $10,376.23 |
| 54 | $9,181.90 | $6,507.00 | $15,718.90 | $10,620.01 |
| 55 | $9,334.00 | $3,965.65 | $13,329.65 | $9,007.27 |
| 56 | $9,601.15 | $4,009.20 | $13,640.35 | $9,216.98 |
| 57 | $9,976.20 | $4,101.50 | $14,107.70 | $9,532.45 |
| 58 | $10,305.75 | $4,173.65 | $14,509.40 | $9,803.60 |

Continued – More Premiums to Follow

*Total premiums include an annual policy fee.

This Schedule Page replaces any previously issued Schedule Page.

18ID NC

Schedule Page Date: 04/22/2019

Z4163390

# EXHIBIT 1

2113438251|02-27-2021 12:47:34 AM

Berkshire Life Insurance Company of America, Pittsfield, MA

## Schedule Page 1f

| | |
|---|---|
| Insured: ANNA F SCHUBERT | Policy Number: Z4163390 |
| Policyowner: ANNA F SCHUBERT | Policy Date: April 27, 2019 |
| Loss Payee: ANNA F SCHUBERT | |



| Age | Disability Income Insurance Policy Premium | Total Premium For All Riders Combined | Total Guaranteed Annual Premium * | Total Discounted Guaranteed Annual Premium * |
|---|---|---|---|---|
| 59 | $10,634.65 | $4,214.60 | $14,879.25 | $10,053.25 |
| 60 | $10,964.20 | $4,260.10 | $15,254.30 | $10,306.41 |
| 61 | $11,293.75 | $4,260.10 | $15,583.85 | $10,528.85 |
| 62 | $11,622.00 | $4,260.10 | $15,912.10 | $10,750.42 |
| 63 | $11,834.55 | $4,260.10 | $16,124.65 | $10,893.89 |
| 64 | $12,281.10 | $4,260.10 | $16,571.20 | $11,195.31 |
| 65 | $12,608.05 | $4,260.10 | $16,898.15 | $11,416.00 |
| 66 | $12,938.90 | $4,260.10 | $17,229.00 | $11,639.33 |

A change in Coverage may result in a change in premium, and a new Schedule Page will be provided to you. The premium for each rider is shown on the next page.

*Total premiums include an annual policy fee.

This Schedule Page replaces any previously issued Schedule Page.

18ID NC                                                                 Schedule Page Date:  04/22/2019

2113439251|02-27-2021 12:47:34 AM

<p style="color:red;text-align:center">EXHIBIT 1</p>

Berkshire Life Insurance Company of America, *Pittsfield, MA*

### Schedule Page 1g

| Insured: | ANNA F SCHUBERT | Policy Number: | Z4163390 |
|---|---|---|---|
| Policyowner: | ANNA F SCHUBERT | Policy Date: | April 27, 2019 |
| Loss Payee: | ANNA F SCHUBERT | | |

| Age | Future Increase Option Rider | Enhanced Partial Disability Benefit Rider | 3% Compound Cost of Living Adjustment Rider | Student Loan Protection Rider | Total Premium For All Riders Combined |
|---|---|---|---|---|---|
| 29 | $584.55 | $368.55 | $354.90 | $510.00 | $1,818.00 |
| 30 | $658.80 | $416.00 | $404.30 | $510.00 | $1,989.10 |
| 31 | $747.90 | $475.15 | $461.50 | $510.00 | $2,194.55 |
| 32 | $818.10 | $521.95 | $505.70 | $510.00 | $2,355.75 |
| 33 | $873.45 | $561.60 | $542.75 | $510.00 | $2,487.80 |
| 34 | $928.80 | $598.00 | $577.85 | $510.00 | $2,614.65 |
| 35 | $986.85 | $641.55 | $617.50 | $510.00 | $2,755.90 |
| 36 | $1,061.10 | $694.85 | $669.50 | $510.00 | $2,935.45 |
| 37 | $1,147.50 | $759.20 | $728.65 | $510.00 | $3,145.35 |
| 38 | $1,255.50 | $839.15 | $804.70 | $510.00 | $3,409.35 |
| 39 | $1,379.70 | $930.15 | $889.85 | | $3,199.70 |
| 40 | $1,516.05 | $1,031.55 | $987.35 | | $3,534.95 |
| 41 | $1,651.05 | $1,124.50 | $1,052.35 | | $3,827.90 |
| 42 | $1,790.10 | $1,222.00 | $1,123.20 | | $4,135.30 |
| 43 | $1,931.85 | $1,331.85 | $1,195.35 | | $4,459.05 |
| 44 | $1,984.50 | $1,382.55 | $1,211.60 | | $4,578.65 |
| 45 | $2,058.75 | $1,448.85 | $1,244.75 | | $4,752.35 |
| 46 | $2,108.70 | $1,480.70 | $1,267.50 | | $4,856.90 |
| 47 | $2,169.45 | $1,574.30 | $1,290.25 | | $5,034.00 |
| 48 | $2,261.25 | $1,670.50 | $1,315.60 | | $5,247.35 |
| 49 | $2,355.75 | $1,769.30 | $1,337.05 | | $5,462.10 |
| 50 | $2,450.25 | $1,877.20 | $1,361.10 | | $5,688.55 |
| 51 | $2,516.40 | $1,993.55 | $1,386.45 | | $5,896.40 |
| 52 | $2,577.15 | $2,102.75 | $1,411.80 | | $6,091.70 |
| 53 | $2,635.20 | $2,223.00 | $1,437.15 | | $6,295.35 |
| 54 | $2,698.65 | $2,348.45 | $1,459.90 | | $6,507.00 |
| 55 | | $2,477.80 | $1,487.85 | | $3,965.65 |
| 56 | | $2,594.80 | $1,414.40 | | $4,009.20 |
| 57 | | $2,744.30 | $1,357.20 | | $4,101.50 |
| 58 | | $2,878.20 | $1,295.45 | | $4,173.65 |
| 59 | | $2,995.20 | $1,219.40 | | $4,214.60 |
| 60 | | $3,108.95 | $1,151.15 | | $4,260.10 |

Continued – More Premiums to Follow

This Schedule Page replaces any previously issued Schedule Page.

18ID NC

Schedule Page Date: 04/22/2019

Z4163390

2113439251|02-27-2021 12:47:34 AM

# EXHIBIT 1

10 of 68

### Berkshire Life Insurance Company of America, Pittsfield, MA

## Schedule Page 1h

| Insured: | ANNA F SCHUBERT | Policy Number: | Z4163390 |
|---|---|---|---|
| Policyowner: | ANNA F SCHUBERT | Policy Date: | April 27, 2019 |
| Loss Payee: | ANNA F SCHUBERT | | |



| Age | Future Increase Option Rider | Enhanced Partial Disability Benefit Rider | 3% Compound Cost of Living Adjustment Rider | Student Loan Protection Rider | Total Premium For All Riders Combined |
|---|---|---|---|---|---|
| 61 | | $3,108.95 | $1,151.15 | | $4,260.10 |
| 62 | | $3,108.95 | $1,151.15 | | $4,260.10 |
| 63 | | $3,108.95 | $1,151.15 | | $4,260.10 |
| 64 | | $3,108.95 | $1,151.15 | | $4,260.10 |
| 65 | | $3,108.95 | $1,151.15 | | $4,260.10 |
| 66 | | $3,108.95 | $1,151.15 | | $4,260.10 |

---

This Schedule Page replaces any previously issued Schedule Page.

EXHIBIT 1

**TABLE OF CONTENTS**

DEFINITIONS.................................................................................................................3
PROVISIONS RELATING TO BENEFITS...........................................................................7
Total Disability Benefit.................................................................................................7
Medical Care Requirement............................................................................................7
Presumptive Total Disability Benefit..............................................................................7
Fractional Month.........................................................................................................7
Concurrent Disability....................................................................................................7
Recurrent Disability.....................................................................................................7
New Benefit Period.......................................................................................................8
Waiver of Elimination Period.........................................................................................8
Transplant and Cosmetic Surgery..................................................................................8
Waiver of Premium Benefit...........................................................................................8
Hospice Care Benefit...................................................................................................9

PROVISIONS RELATING TO SUSPENSION......................................................................9
Suspension for Active Military Service............................................................................9
Suspension During Unemployment.................................................................................9

EXCLUSIONS AND LIMITATIONS..................................................................................10
Exclusions................................................................................................................10
Limitation While Outside the United States or Canada....................................................10
Pre-existing Condition Limitation..................................................................................11
Mental and/or Substance-Related Disorders Benefit Limitation........................................11

PROVISIONS RELATING TO CLAIMS.............................................................................11
Authorization............................................................................................................11
Notice of Claim.........................................................................................................11
Claim Forms.............................................................................................................11
Proof of Loss............................................................................................................11
Payment of Claim......................................................................................................11
Overpayment of Benefits............................................................................................12
Time of Claim Payment..............................................................................................12
Examinations............................................................................................................12
Responsibility to Cooperate and Obtain Appropriate Medical Care...................................12

PROVISIONS RELATING TO PREMIUM AND RENEWAL...................................................12
Premium..................................................................................................................12
Grace Period.............................................................................................................12
Premium Term Changes..............................................................................................12
Conditional Renewal After The Expiration Date..............................................................13
Cancellation by the Policyowner...................................................................................13
Reinstatement...........................................................................................................13

GENERAL CONTRACT PROVISIONS.............................................................................13
Consideration............................................................................................................13
When the Policy is Effective........................................................................................13
The Contract.............................................................................................................14
Time Limit on Certain Defenses...................................................................................14
Termination of the Policy............................................................................................14
Conformity with State Laws.........................................................................................14
Legal Actions............................................................................................................14
Misstatements of Age or Gender..................................................................................14
Assignment..............................................................................................................14
Waiver of Policy Provisions.........................................................................................14

Additional Coverage, if any, is shown in the Schedule Page and is described in the rider forms attached to the Policy.
Please call Berkshire Life Insurance Company of America at 1-800-819-2468 with any questions about the Policy.

18ID NC                                    Page 2

2113439251|02-27-2021 12:47:34 AM

Z4163390

2113439251|02-27-2021 12:47:34 AM

<center>EXHIBIT 1</center>

12 of 68

<center>**DEFINITIONS**</center>

**Accumulation Period**
The Accumulation Period is shown in the Schedule Page. It is an uninterrupted period of consecutive days that begins on the first day that You are Disabled and during which the Elimination Period must be satisfied.

**Age**
Age means Your age as of the Policy Anniversary that first occurs on or after the birthday on which You attain that age.

**Benefit Period**
Benefit Period is the longest period of time for which We will pay benefits for a continuous Disability. The Benefit Period is shown in the Schedule Page.

**Class of Risk**
Class of Risk means the classification We select based on certain risk factors. It is shown in the Schedule Page.   

**Coverage**
Coverage means the benefits available under the Policy.

**Disability or Disabled**
Disability means Total Disability. Disabled means Totally Disabled.

**Effective Date**
Effective Date means the date the Policy, or a rider, takes effect, in accordance with the Representations of the Proposed Insured and Owner section in the application.

**Elimination Period**
Elimination Period is the number of days You must be Disabled before benefits begin to accrue and starts on the first day that You are Disabled. The days within this period need not be consecutive, but they must occur within the Accumulation Period. Benefits will not accrue or be payable during the Elimination Period. The Elimination Period is shown in the Schedule Page.

**Expiration Date**
Expiration Date means the date on which Coverage ends, if the Policy has not previously terminated. The Expiration Date is shown in the Schedule Page.

**Full Time**
Full Time means at least 30 hours each week.

**Gainfully Employed or Gainful Employment**
Gainfully Employed or Gainful Employment means actively at work or engaged in activities for Income, remuneration, or profit.

**Hospital**
Hospital means a facility or institution legally operating as a hospital that:
- is mainly engaged in providing inpatient care and treatment of sick or injured persons, and routinely makes a charge for such care; and
- is supervised by a staff of physicians on the premises; and
- provides 24-hour nursing services on the premises by registered nurses.

In no event will Hospital include any facility or institution that is:
- operated as a rest home, a convalescent facility, or a long-term nursing care facility; or
- mainly for the care of the elderly, or which primarily provides custodial or educational care.

18ID NC                                   Page 3

2113439251|02-27-2021 12:47:34 AM

EXHIBIT 1

**Income**
Income means:

- the compensation that You receive, or which is attributable to You, for work or personal services; and
- the income that You receive, or which is attributable to You, from a privately held business in which You have an ownership interest. This amount is determined after deduction of normal and customary unreimbursable Business Expenses, but before any other deductions, including, but not limited to, any deduction of Your personal income taxes.

Income includes, but is not limited to, salaries, wages, fees, commissions, bonuses, pension and/or profit sharing contributions, other payments for work or personal services, and business profits. Income also includes Unearned Income if the Unearned Income is the result of Your work or personal services. In all other cases, Income does not include Unearned Income.

> **Unearned Income** includes income from dividends, capital gains, interest (including tax exempt interest), rentals, royalties, alimony, investments, business interests as an inactive owner, and income received from deferred compensation plans, formal sick pay plans, retirement plans, or disability income policies.

> **Prior Income** means Your average monthly Income for either the last 24 calendar months just prior to the date on which You became Disabled, or for the two calendar years with the highest earnings in the three calendar years just prior to the date on which You became Disabled, whichever is greater.

> **Current Income** means all Income for each month during a period of Disability. Current Income does not include Income received for work or personal services provided prior to the start of Disability. For the purpose of determining Current Income, Business Expenses may not exceed Prior Business Expenses.

> **Business Expenses** means the normal and customary business expenses that may be deducted from gross earned income for federal tax purposes for the period in which Income is being determined.

> **Prior Business Expenses** means Your average monthly Business Expenses for the same period in which Your Prior Income is determined.

> **Loss of Income** means the difference between Your Prior Income and Your Current Income. This difference will be considered a Loss of Income to the extent it is solely the result of the Injury or Sickness that caused Your Disability.

**Injury**
Injury means accidental bodily injury that first occurs on or after the Effective Date and while the Policy is in force, and that is not contributed to by Sickness.

**Issue Age**
Issue Age is shown in the Schedule Page. It is Your age on the Policy Date.

**Loss Payee**
Loss Payee, named in the Schedule Page, is the person or entity to whom We will pay benefits.

**Mental and/or Substance-Related Disorders**
Mental and/or Substance-Related Disorders means any disorder classified in the Diagnostic and Statistical Manual of Mental Disorders (DSM). This includes, but is not limited to, psychiatric, psychological, emotional, or behavioral disorders, or disorders related to stress or to substance abuse or dependency, or any biological or biochemical disorder or imbalance of the brain, regardless of the cause, including any complications thereof. This does not include dementia or cognitive impairment resulting from stroke, physical trauma, infection, or a form of senility or irreversible dementia such as Alzheimer's Disease.

> **Diagnostic and Statistical Manual of Mental Disorders or DSM** means the most recent version of the diagnostic manual as published by the American Psychiatric Association (APA) as of the start of Your Disability. If the DSM is discontinued, We will use the replacement chosen by the APA, or by an organization which succeeds it.

**Monthly Benefit**
Monthly Benefit is the amount We will pay for each month of Total Disability. It is shown in the Schedule Page.

2113439251|02-27-2021 12:47:34 AM

**Occupation Class**
Occupation Class means the classification We select based on occupational risk. It is shown in the Schedule Page.

**Physician**
Physician means a person who is licensed by law in the state in which he or she practices as a Medical Doctor or Doctor of Osteopathy and is acting within the scope of that license to treat Injury or Sickness that results in a Disability. A Physician cannot be:
- You and/or the Policyowner; or
- anyone related to You and/or the Policyowner by blood or marriage; or
- a member of Your and/or the Policyowner's household; or
- Your and/or the Policyowner's business or professional partner, employee or employer; or
- any person who has a financial affiliation or business interest with You and/or the Policyowner.

If Your Disability is due to a Mental and/or Substance-Related Disorder, the Physician must be a licensed psychiatrist or a licensed doctoral level psychologist.



**Policy**
Policy means the legal contract between the Policyowner and Us. The entire contract consists of the Policy, any application(s), Schedule Pages, and any attached riders, amendments, and endorsements.

**Policyowner**
Policyowner is the person or entity named as Policyowner in the Schedule Page. The Policyowner has the right to renew the Policy, to request a change in Coverage, to change the Loss Payee, and to make other Policy changes.

**Policy Anniversary**
Policy Anniversary is the yearly anniversary of the Policy Date while the Policy remains in force.

**Policy Date**
The Policy Date is the date from which premiums are calculated and become due. It is shown in the Schedule Page.

**Pre-existing Condition**
Pre-existing Condition means a physical or mental condition for which medical advice, diagnosis, care, or treatment was received or recommended within the 24-month period immediately preceding the Effective Date.

**Premium Term**
Premium Term is shown in the Schedule Page. It is the frequency of premium payments.

**Sickness**
Sickness means an illness or disease that first manifests itself on or after the Effective Date and while the Policy is in force.

2113439251|02-27-2021 12:47:34 AM

EXHIBIT 1

**Total Disability or Totally Disabled**
Total Disability or Totally Disabled means that, solely due to Injury or Sickness, You are not able to perform the material and substantial duties of Your Occupation. You will be Totally Disabled even if You are Gainfully Employed in another occupation so long as, solely due to Injury or Sickness, You are not able to work in Your Occupation.

If Your Occupation is limited to a Medical Doctor or Doctor of Osteopathy and more than 50% of Income is earned from Hands-on Patient Care, We will consider You to be Totally Disabled even if You are Gainfully Employed in Your practice or another occupation so long as, solely due to Injury or Sickness, You are not able to provide Hands-on Patient Care.

> ***Hands-on Patient Care*** means meeting with a patient in a clinical setting for the purposes of providing medical advice, evaluation, diagnosis, or treatment, that You regularly and personally provide, during the 12 months prior to Your Disability.

If Your Occupation is limited to a Medical Doctor or Doctor of Osteopathy and more than 50% of Income is earned from performing Surgical Procedures, We will consider You to be Totally Disabled even if You are Gainfully Employed in Your practice or another occupation so long as, solely due to Injury or Sickness, You are not able to perform Surgical Procedures.

> ***Surgical Procedures*** means the medical interventions involving an incision with instruments performed by You in a clinical or hospital setting normally involving anesthesia and/or respiratory assistance, that You regularly perform, during the 12 months prior to Your Disability. These procedures can be performed on either an inpatient or outpatient basis. Providing hypodermic injections, in itself, is not a Surgical Procedure.

Working an average of more than 40 hours in a week, in itself, is not a material and substantial duty.

**We, Us, Our and Berkshire Life**
We, Us, Our, and Berkshire Life mean Berkshire Life Insurance Company of America.

**You and Your**
You and Your mean the person named as the insured in the Schedule Page of the Policy.

**Your Occupation**
Your Occupation means the occupation (or occupations, if more than one) in which You are Gainfully Employed during the 12 months prior to the time You become Disabled. Your Occupation does not mean a specific job title, designation, industry, or job with a certain employer.

Z4163390

2113439251|02-27-2021 12:47:34 AM

# EXHIBIT 1

## PROVISIONS RELATING TO BENEFITS

**Total Disability Benefit**
When You are Totally Disabled, the Monthly Benefit is paid as follows:
- You must become Totally Disabled while the Policy is in force.
- You must satisfy the Elimination Period.
- After You have satisfied the Elimination Period, the Monthly Benefit will be payable at the end of each month while You remain Totally Disabled.
- The Monthly Benefit will stop at the end of the Benefit Period or on the date You are no longer Totally Disabled, if earlier.

We will not increase the Monthly Benefit because You are Totally Disabled from more than one cause at the same time.

**Medical Care Requirement** 
We will neither pay benefits nor waive premium under the Policy for any period of Disability during which You are not under a Physician's regular care that is appropriate, according to prevailing medical standards, for the conditions causing Disability. Appropriate care includes a plan between You and Your Physician that addresses Your goals for treatment and recovery, coordinates care among all Physicians involved in the treatment of the conditions causing Disability, and addresses Your functional status. The medical care must be provided by Physicians whose specialties are appropriate for Your Injury or Sickness causing Disability. You have the responsibility to obtain, and reasonably participate in, Your appropriate medical plan of care.

We will waive the medical care requirement during any claim under the Policy upon reasonable written proof that Your Injury or Sickness no longer requires the regular medical care of a Physician under prevailing medical standards. Such waiver will not restrict any of Our rights under the Policy.

**Presumptive Total Disability Benefit**
We will consider You to be Totally Disabled even if You are Gainfully Employed if, while the Policy is in force, Injury or Sickness results in Your total and complete loss of:
- sight in both eyes;
- hearing in both ears;
- speech; or
- the use, in their entirety, of both hands, both feet, or one hand and one foot.

We will then waive the unexpired portion of the Elimination Period and benefits will start to accrue from the date of Your Total Disability. The Monthly Benefit will be paid for as long as Your Total Disability continues, but not longer than the Benefit Period.

**Fractional Month**
If You are Disabled for less than a full month, We will pay 1/30 of the monthly benefit payable under the Policy for each day You are Disabled.

**Concurrent Disability**
A concurrent Disability is a Disability that is caused by more than one Injury and/or Sickness. Once a period of Disability begins, We will consider it to be one continuous period of Disability no matter what Injury or Sickness, or combination thereof, caused the Disability or caused it to continue. We will pay benefits for a concurrent Disability as if there were only one Injury or Sickness. In all cases, the amount and duration of benefits for a concurrent Disability will not be more than the maximum for any one Disability.

**Recurrent Disability**
A recurrent Disability is a Disability that is determined to be a continuation of a previous Disability. If We determine Your Disability to be a recurrent Disability, Your prior claim for Disability will resume and no new Elimination Period will be required. All terms and conditions of the Policy must be satisfied. We will deem Your Disability to be a recurrent Disability, if:
- after the previous Disability ends, You have returned to Gainful Employment Full Time for less than 12 months; and

- the Disability results entirely or in part from the same cause or causes as the previous Disability; and
- benefits were received under the Policy for the previous Disability.

If a Disability is determined not to be a recurrent Disability, then it will be considered a new and separate Disability.

**New Benefit Period**
If the Benefit Period is 2 Years, 5 Years, or 10 Years, and You continue to be Disabled after the Benefit Period has ended, You will not be eligible for a new 2 Years, 5 Years, or 10 Years Benefit Period unless:
- Your Disability ends; and
- You return to Gainful Employment Full Time; and
- the Policy remains in force; and
- all terms and conditions of the Policy are satisfied.

**Waiver of Elimination Period**
We will waive the Elimination Period if:
- You become Disabled within five years after the end of a previous Disability; and
- the previous Disability lasted more than six months; and
- We paid benefits under the Policy for the previous Disability; and
- You remain continuously Disabled for at least for 30 days.

**Transplant and Cosmetic Surgery**
We will deem You to be Totally Disabled as a result of Sickness if You become Totally Disabled due to:
- the transplant of a part of Your body to another person more than six months after the Effective Date, or
- complications due to elective cosmetic surgery to improve Your appearance or correct a disfigurement, if the surgery occurs more than six months after the Effective Date.

We will not pay benefits for any Disability caused by, contributed to by, or which results from, such transplant or complications due to elective cosmetic surgery that occurs during the first six months after the Effective Date.

**Waiver of Premium Benefit**
If You are Disabled for the length of the Elimination Period due to Injury or Sickness not excluded from Coverage:
- We will refund that portion of any premium paid that applies to the period of Disability beginning with the date that You were first Disabled in the same claim.
- We will then waive any later premium that is due while You are continuously Disabled in the same claim and receiving benefits for the Disability.

We will continue to waive premium if You remain continuously Disabled after the end of the Benefit Period and before the Expiration Date. You must notify Us within six months of the date Your Disability ends. The pro rata portion of the premium for the remainder of the current Premium Term must be paid, and all premiums due thereafter must be paid, in order to keep the Policy in force. The Policy will terminate if You fail to notify Us within six months of the date Your Disability ends.

We will continue to waive premium for the six-month period after Your Disability ends. At the end of the six-month period, the pro rata portion of the premium for the remainder of the current Premium Term must be paid, and all premium due thereafter must be paid, in order to keep the Policy in force.

The Waiver of Premium Benefit will also apply if benefits are payable because You have met the requirements of the Recurrent Disability provision.

Nothing in this provision will change the conditions for renewal after the Expiration Date that require You to be Gainfully Employed Full Time for at least ten months each year.

If the Expiration Date occurs while premiums are being waived, the Policy will terminate.

2113439251|02-27-2021 12:47:34 AM

EXHIBIT 1

**Hospice Care Benefit**
We will consider You to be Totally Disabled if, due to an Injury or Sickness, You are:
- under a Physician-ordered plan of care for hospice services; and
- receiving hospice services through a member of the National Hospice and Palliative Care Organization.

We will then waive the unexpired portion of the Elimination Period and benefits will start to accrue from the date a Physician-ordered plan of care is initiated for hospice services. The Monthly Benefit will be paid for as long as Your Total Disability continues, but not longer than the Benefit Period.

<p align="center"><strong>PROVISIONS RELATING TO SUSPENSION</strong></p>

**Suspension for Active Military Service**
The Policy will be suspended on the date You begin active duty in the military of any nation or international authority including, but not limited to the United States Army, Navy, Air Force, Marine Corps, Coast Guard, or National Guard. Active duty does not include training that lasts 90 days or less, or any period of travel preceding a period of active duty.



The Policy must be in force and premium must be paid to the date it is suspended. Active duty begins at 12:01 a.m. on the date You are obligated to appear for active duty and for which You will be paid for such duty. Acceptance of premium by Us while You are on active duty will not waive the suspension of the Policy. Any premium paid that applies on or after the date it is suspended will be refunded.

While the Policy is suspended:
- We will neither require premium nor pay benefits under the Policy; and
- the Policy will not cover losses that result from Injury or Sickness that occurs or begins while the Policy is suspended; and
- no privileges or options under the Policy or any attached riders may be exercised.

The suspension of the Policy ends when You are no longer on active duty. On the date We receive a written request to place the Policy back in force and the required pro rata premium, the Policy will be placed back in force. We will not require evidence of insurability. Any such request and premium payment must be received by Us within 90 days after the date Your active duty ends. The Grace Period does not apply. The Policy will terminate if the premium for the Policy remains unpaid for more than 90 days after the suspension ends.

If the Policy is placed back in force following a suspension:
- premium will be at the same rate that it would have been had the Policy not been suspended.
- the Policy will cover only losses that result from Injury that occurs after the date the Policy is placed back in force or Sickness that first manifests itself more than ten days after such date.

In all other respects, the Policyowner and We will have the same rights under the Policy as before it was suspended.

If the Expiration Date occurs while the Policy is suspended, the Policy will terminate.

**Suspension During Unemployment**
A suspension of the Policy may be requested if:
- You become unemployed; and
- You have received at least eight weeks of governmental unemployment benefits; and
- the Policy has been in force for at least one year from the Effective Date; and
- the Unemployment Waiver of Premium rider is not attached to the Policy.

The suspension of the Policy starts on the date We receive:
- a written request to suspend the Policy; and
- proof that You are unemployed and have received eight weeks of governmental unemployment benefits.

The Policy must be in force and premium must be paid to the date it is suspended. Any premium paid that applies on or after the date it is suspended will be refunded.

While the Policy is suspended:
- We will neither require premium nor pay benefits under the Policy; and
- the Policy will not cover losses that result from Injury or Sickness that occurs or begins while the Policy is suspended; and
- no privileges or options under the Policy or any attached riders may be exercised.

The suspension will end at the earlier of:
- the date We receive a written request to end the suspension of the Policy, subject to proof that You are Gainfully Employed; or
- 12 months after the date on which the Policy is suspended.

When the suspension of the Policy ends, We will require pro rata premium to place the Policy back in force. The Grace Period does not apply. The Policy will terminate if the premium for the Policy remains unpaid for more than 90 days after the suspension ends.



If the Policy is placed back in force following a suspension:
- premium will be at the same rate that it would have been had the Policy not been suspended.
- the Policy will cover only losses that result from Injury that occurs after the date the Policy is placed back in force or Sickness that first manifests itself more than ten days after such date.

In all other respects, the Policyowner and We will have the same rights under the Policy as before it was suspended.

If the Policy has been suspended by reason of unemployment, the Policy may not be suspended by reason of unemployment again until 48 months have elapsed from the end of the last suspension by reason of unemployment.

If the Expiration Date occurs while the Policy is suspended, the Policy will terminate.

## EXCLUSIONS AND LIMITATIONS

### Exclusions
We will not pay benefits for any Disability:
- caused by, contributed to by, or which results from, military training, military action, military conflict, or war, whether declared or undeclared, while You are serving in the military or a military auxiliary unit, either active or reserve, or working for contracted military services; or
- for any period of time in which You are incarcerated or under court-ordered home confinement; or
- caused by, contributed to by, or which results from, Your commission of, or attempt to commit, a criminal offense as defined under local, state, or federal law; or
- caused by, contributed to by, or which results from, Your being engaged in an illegal occupation or professional misconduct; or
- caused by, contributed to by, or which results from, any suspension, revocation, restriction, inactivation, surrender, or the like, of Your professional or occupational license or certification; or
- caused by, contributed to by, or which results from, an intentionally self-inflicted injury; or
- caused by, contributed to by, or which results from, a normal pregnancy or childbirth until 90 days have elapsed from the date of Disability or the Elimination Period has been satisfied, if later; or
- due to any loss We have excluded by name or description.

### Limitation While Outside the United States or Canada
Benefits for Disability will be limited to a total of twelve months during Your lifetime unless You are living full time in the United States or Canada for at least six consecutive months in each calendar year. United States refers to the 50 states that comprise the United States of America and the District of Columbia.

If benefits under the Policy have ceased because of this limitation and You return to the United States or Canada, benefits may resume under the Policy if all terms and conditions of the Policy are satisfied.

If You continue to reside outside of the United States or Canada, premiums will become due beginning three months after benefits under the Policy have ceased.

2113439251|02-27-2021 12:47:34 AM

EXHIBIT 1

**Pre-existing Condition Limitation**
We will not cover any loss that begins in the first two years after the Effective Date from a Pre-existing Condition that was misrepresented or not disclosed in Your application.

**Mental and/or Substance-Related Disorders Benefit Limitation**
If the Policy includes a Mental and/or Substance-Related Disorders Benefit Limitation, it is shown in the Schedule Page. Under this limitation, benefits We pay for a Disability caused by, contributed to by, or which results from, a Mental and/or Substance-Related Disorder are limited during Your lifetime to the number of months specified in the Schedule Page.

After We have paid benefits for a Disability caused by, contributed to by, or which results from, a Mental and/or Substance-Related Disorder for the number of months specified in the Schedule Page, We will not pay benefits for a Disability caused by, contributed to by, or which results from, a Mental and/or Substance-Related Disorder unless You are:

- continuously confined in a Hospital for treatment of a Disability caused by, contributed to by, or which results from, a Mental and/or Substance-Related Disorder; and    
- under the regular care of a Physician.

Under no circumstance will We pay benefits for a Disability caused by, contributed to by, or which results from, a Mental and/or Substance-Related Disorder that We have excluded by name or description.

This limitation will not apply to Catastrophic Disability due to a Cognitive Impairment, as defined in the Basic Catastrophic Disability Benefit Rider or Enhanced Catastrophic Disability Benefit Rider, if attached to the Policy.

## PROVISIONS RELATING TO CLAIMS

**Authorization**
We will require an authorization, without alterations, signed by You, or Your duly authorized legal representative, for Us to obtain information, as often as is reasonably necessary.

**Notice of Claim**
You must give Us written notice of claim within 30 days after any loss covered by the Policy occurs or begins, or as soon after that as is reasonably possible. Written notice of claim, with complete information to identify You, will be sufficient if provided to Us at Our home office, 700 South Street, Pittsfield, MA 01201, or to any authorized agent of Berkshire Life.

**Claim Forms**
When We receive written notice of claim, We will send claim forms for filing proof of loss. Claim forms must be completed, signed and returned to Us, and are a required part of proof of loss. If We do not send You such forms within 15 days after receiving written notice of claim, You may submit a written statement within the time provided in the Policy for filing proof of loss, which provides the nature and extent of the loss for which a claim is made.

**Proof of Loss**
You must provide Us with written proof of loss at Our home office for any loss within 180 days after the end of each monthly period for which benefits are claimed. All losses must occur while the Policy is in force.

We can require any proof that We consider necessary to evaluate Your claim. Such proof may include, but is not limited to, medical records, employment records, business records, evidence of Your Prior Income and Current Income, financial records, and any other information necessary for Us to evaluate Your claim.

If You cannot give Us written proof of loss within the prescribed time, We will not deny or reduce Your claim if You give Us written proof of loss as soon as reasonably possible. Under no circumstance will We pay benefits if written proof of loss is delayed for more than one year, unless You have lacked legal capacity.

**Payment of Claim**
All terms and conditions of the Policy must be satisfied in order for benefits to become payable. After all required proof of loss is provided and the claim is approved by Us, benefits due under the Policy will be paid to the Loss Payee.

18ID NC                                   Page 11

2113439251|02-27-2021 12:47:34 AM

EXHIBIT 1

21 of 68

If any benefit of the Policy becomes payable to a person not competent to give a release, We may pay such benefit, up to an amount not exceeding $3,000, to a relative by blood or marriage of such person We deem appropriate. Any payment made in good faith under this provision will fully discharge Us to the extent of such payment.

The Policy, and all Coverage, terminates upon Your death. Any accrued benefits that are unpaid will be paid to Your estate.

**Overpayment of Benefits**
In the event that an overpayment of benefits occurs, We have the right to either recoup the overpayment from future claim benefits or require reimbursement within 60 days of notification of overpayment.

**Time of Claim Payment**
Subject to satisfactory written proof of loss and upon Our determination that benefits are payable under the Policy, We will pay all accrued benefits that are due for Disability and other specified losses. Benefits will be immediately payable at the end of each month for which benefits are due while You are Disabled. Any amounts due that are unpaid when You are no longer Disabled will be paid promptly after We receive satisfactory written proof of loss.

**Examinations**
We have the right to have You examined at Our expense and as often as We reasonably require to determine Your eligibility for benefits under the Policy as part of the Proof of Loss provision. We will select the examiner and the examination conditions. The examiner will be a specialist appropriate to the assessment of Your claim.

The examinations may include, but are not limited to, medical examinations, functional capacity examinations, psychiatric examinations, psychological examinations, neuropsychological examinations, vocational evaluations, rehabilitation evaluations, and occupational analyses. Such examinations may include any related tests that are reasonably necessary to the performance of the examination. We may deny or suspend benefits under the Policy if You fail to attend an examination, fail to cooperate with the examiner, or fail to comply with Our selected examination conditions.

You must meet with Our representative for a personal interview or review of records at such time and place, and as frequently, as We reasonably require. Upon Our request, You must provide appropriate documentation.

We have the right, at Our expense, to analyze or require an analysis of all relevant business, financial and operational records, including, but not limited to, Your personal, business and corporate federal and state tax returns, as often as We reasonably require by a financial examiner of Our choice. Such assessments may include analysis of business, financial and operational records for any business in which You have or may have an ownership interest. We can require that Your accounting practices be the same as those that were in effect immediately preceding the start of Your Disability.

**Responsibility to Cooperate and Obtain Appropriate Medical Care**
You have the responsibility to cooperate with Us concerning all matters relating to the Policy including, but not limited to, any claims under the Policy. You have the responsibility to obtain, and reasonably participate in, all appropriate medical care for the condition for which benefits are claimed.

<div align="center">PROVISIONS RELATING TO PREMIUM AND RENEWAL</div>

**Premium**
Premiums are due on the first day of each Premium Term. If You die, any premium paid that applies to the period after Your date of death will be refunded to the Policyowner or the Policyowner's estate.

**Grace Period**
Except for the first premium, if the premium has not been paid by the premium due date, We allow a grace period of 31 days in which to pay each premium due. The Policy stays in force during the grace period. If the premium has not been paid by the end of the grace period, the Policy will lapse.

**Premium Term Changes**
The Policyowner may submit a written request to Our home office to change the Premium Term. On request, and subject to Our approval, premiums may be paid annually or on a periodic basis. As shown in the Schedule Page, the

2113439251|02-27-2021 12:47:34 AM

EXHIBIT 1

22 of 68

Premium Terms available are annual, semiannual, quarterly, or monthly. Any change to the Premium Term will begin with the next premium due date. We will not allow any change that would result in any premium not being due on a Policy Anniversary.

**Conditional Renewal After The Expiration Date**
After the Expiration Date, the Policy may be conditionally renewed on each Policy Anniversary, if:

- You are not Disabled; and
- You are Gainfully Employed Full Time for at least ten months each year; and
- the premium is paid on time; and
- the Policy is in force up to the Expiration Date.

If the Policyowner renews the Policy after the Expiration Date, We can require satisfactory written proof that You have continued to be Gainfully Employed Full Time for at least ten months each year. Upon Our approval, We will issue a new Schedule Page.

The only Coverage that will continue after the Expiration Date is for Total Disability, unless otherwise stated. The Benefit Period after the Expiration Date is shown in the Schedule Page.

The premium at each renewal will be based on Our premium rates in effect for Your Age, gender, Class of Risk, Occupation Class, any special class rating under the Policy, and other factors We are adding on a class basis at that time. We have the right to change such premiums on a class basis on any Policy Anniversary. We will provide at least 45 days' written notice of any change in premiums.

Any premium paid after the Expiration Date for a period not covered by the Policy will be refunded.

**Cancellation by the Policyowner**
The Policyowner may cancel the Policy at any time by written notice to Us, effective upon receipt or on such later date as may be specified in such notice. In the event of cancellation, We will promptly refund all premiums paid for any period after the date of cancellation.

**Reinstatement**
If the Policy has lapsed at the end of the grace period, the Policyowner can apply to reinstate the Policy by completing an application for reinstatement and paying all overdue premium. We must receive the application within six months of the date the Policy lapsed.

We may require satisfactory evidence of insurability to reinstate the Policy. If We approve the application, the Policy will be placed back in force on the date of such approval. If We refuse to reinstate the Policy, We will refund the overdue premium. If We have neither approved nor refused the application in writing within 45 days after receipt of such application and overdue premium, the Policy will be reinstated on that 45th day.

The Policy will be reinstated as of the date We accept a premium if We do not require an application.

The reinstated Policy will cover only losses that result from Injury that occurs after the date of reinstatement or Sickness that first manifests itself more than ten days after such date. In all other respects, the Policyowner and We will have the same rights under the Policy as before it lapsed, subject to any provisions endorsed on or attached to the Policy in connection with reinstatement.

## GENERAL CONTRACT PROVISIONS

**Consideration**
We have issued the Policy in consideration of the representations in the application and payment of the first premium. A copy of the application is attached and is a part of the Policy.

**When the Policy is Effective**
The Policy takes effect at 12:01 a.m. on the Effective Date and terminates at 11:59 p.m. on the date on which the Policy terminates.

**The Contract**
The Policy with any application(s), Schedule Pages, and any attached riders, amendments, and endorsements make up the entire contract. No change in the Policy will be valid unless it has been endorsed on, or attached to, the Policy in writing by the president, a vice president, or the secretary of Berkshire Life.

No agent or broker has authority to change the Policy or waive any of its provisions.

**Time Limit on Certain Defenses**
After two years from the Effective Date of the Policy no misstatements, except fraudulent misstatements, contained in the application for the Policy will be used to void the Policy or to deny a claim for a loss incurred or Disability commencing after the expiration of such two-year period.

In the event of a reinstatement, after two years from the date of reinstatement, no misstatements, except fraudulent misstatements, contained in the application for reinstatement of the Policy will be used to void the Policy or to deny a claim for a loss incurred or Disability commencing after the expiration of such two-year period.

In the event that any Coverage or rider is added to the Policy after the date the Policy takes effect, after two years from the date such Coverage or rider takes effect, no misstatements, except fraudulent misstatements, contained in the application for such Coverage or rider will be used to void the Policy or to deny a claim for a loss incurred or Disability commencing after the expiration of such two-year period.

**Termination of the Policy**
The Policy will terminate when the first of the following occurs:
- the premium for the Policy remains unpaid at the end of the grace period; or
- the premium for the Policy remains unpaid for more than 90 days after the end of a suspension for active military service or a suspension for unemployment; or
- Our receipt of the Policyowner's written request to terminate the Policy; or
- the Expiration Date, unless the Policy is conditionally renewed; or
- Your death.

**Conformity with State Laws**
Any provision of the Policy that, on the Effective Date, is in conflict with the laws of the state in which You reside on such date is hereby amended to meet the minimum requirements of such laws.

**Legal Actions**
No one can bring an action at law or in equity under the Policy until 60 days after written proof of loss, as required by the Proof of Loss provision under the Policy, has been furnished. In no case can an action be brought against Us more than three years after written proof of loss must be furnished.

**Misstatements of Age or Gender**
If Your age or gender is misstated on the application, Coverage will be what the premium paid would have purchased based on the correct age or gender.

If We would not have issued the Policy at Your correct age, there will be no insurance and We will refund all premiums paid for the period not covered by the Policy.

**Assignment**
We will be bound by an assignment of the Policy for any claim only if We receive a written assignment from the Policyowner on a form provided by Us before We pay the benefits claimed. We will not be responsible for the validity or tax consequences of any assignment.

**Waiver of Policy Provisions**
Our failure to invoke or enforce any right under the terms of the Policy will not be deemed a waiver of that right.

This page intentionally left blank.

EXHIBIT 1

2113439251|02-27-2021 12:47:34 AM

**Berkshire Life Insurance Company of America**
**700 South Street**
**Pittsfield, MA 01201**

# ENHANCED PARTIAL DISABILITY BENEFIT RIDER

This rider is a part of the Policy to which it is attached. All provisions of the Policy apply to this rider and remain the same except where We change them by this rider.

The Policy is amended by adding or changing the following provisions:

## DEFINITIONS



**CPI-U**
CPI-U means the Consumer Price Index for All Urban Consumers, or any later replacement for it, as published by the Bureau of Labor Statistics of the United States Department of Labor.

**Current Index Month**
Current Index Month means the yearly anniversary of the Original Index Month immediately preceding each Review Date.

**Disability or Disabled**
Disability or Disabled is amended to also include Partial Disability or Partially Disabled.

**Enhanced Initial Monthly Benefit**
The Enhanced Initial Monthly Benefit is the amount We will pay each month for the first 12 months that You are eligible for a Partial Disability benefit in the same claim.

**Monthly Partial Benefit**
Monthly Partial Benefit means the amount We will pay each month if You continue to be Partially Disabled in the same claim after the Enhanced Initial Monthly Benefit has been paid for 12 months. It is a percentage of the Monthly Benefit.

**Original Index Month**
Original Index Month means the calendar month 90 days before the date on which You were first Disabled in the same claim.

**Partial Disability or Partially Disabled**
Partial Disability or Partially Disabled means You are Gainfully Employed and You are not Totally Disabled under the terms of the Policy but, solely due to Injury or Sickness, Your Loss of Income is at least 15% of Your Prior Income.

**Review Date**
Review Date means the yearly anniversary of the date on which You were first Disabled in the same claim.

## PROVISIONS RELATING TO PARTIAL DISABILITY

**Partial Disability Benefit**
When You are Partially Disabled, We will pay a Partial Disability benefit as follows:
- You must become Disabled while the rider is in force.
- You must satisfy the Elimination Period.
- After You have satisfied the Elimination Period, a Partial Disability benefit will be payable at the end of each month while You are Partially Disabled.

For each month of the first 12 months that You are eligible for a Partial Disability benefit in the same claim, We will pay an Enhanced Initial Monthly Benefit. The Enhanced Initial Monthly Benefit is equal to Your Loss of Income

Z4163390

2113439251|02-27-2021 12:47:34 AM

EXHIBIT 1

less any individual disability insurance benefits You are receiving, or that You are eligible to receive, from Us and all other insurance companies, on policies that are in force on or before the Effective Date of this rider. The Enhanced Initial Monthly Benefit will not be less than 50% of the Monthly Benefit. In no event will the Enhanced Initial Monthly Benefit exceed the Monthly Benefit.

If You continue to be Partially Disabled in the same claim after the Enhanced Initial Monthly Benefit has been paid for 12 months, We will pay a Monthly Partial Benefit.

The Monthly Partial Benefit will be determined by the formula (a) divided by (b) multiplied by (c), where:
    (a) is Your Loss of Income for the month in which You are Partially Disabled; and
    (b) is Your Prior Income; and
    (c) is the Monthly Benefit.

If Your Loss of Income is more than 75% of Prior Income in any month of Partial Disability while the Monthly Partial Benefit is payable, We will deem such loss to be 100%.

We will not increase the Partial Disability benefit because You are Disabled from more than one cause at the same time.

**Recovery**
We will continue to consider You Partially Disabled, even if You have recovered from the Injury or Sickness that caused Partial Disability, so long as Your Loss of Income is still at least 15% of Your Prior Income and such Loss of Income is solely due to the Injury or Sickness that caused Your Partial Disability.

**Adjustment of Prior Income and Prior Business Expenses**
On the Review Date while benefits are payable, We will adjust Your Prior Income and Prior Business Expenses for the next 12 months based on changes in cost of living, as reflected in the CPI-U, since the start of claim. We will adjust the Prior Income and Prior Business Expenses by multiplying each by the actual percentage change in the CPI-U between the Current Index Month and the Original Index Month. The adjusted Prior Income and adjusted Prior Business Expenses will apply to the 12-month period that follows the Review Date and will be used to determine Your Loss of Income.

The adjustment to Prior Income and Prior Business Expenses may vary from year to year as the CPI-U rises or falls in relation to the Original Index Month. We will make no change that would reduce Prior Income or Prior Business Expenses below what they were at the start of claim.

We will adjust the Prior Income and Prior Business Expenses on each Review Date, while a Partial Disability benefit is payable, until the first of the following occurs:
•   the Benefit Period ends; or
•   this rider terminates.

**Proof of Loss**
In addition to any proof of loss required by the Policy, You must provide Us with written proof of loss necessary to establish that Your Loss of Income is solely the result of Your Injury or Sickness.

**Premium and Renewal**
The premium for this rider is shown in the Schedule Page. This rider may not be renewed after the Expiration Date of the Policy.

EXHIBIT 1

## TERMINATION

**Termination of the Partial Disability Benefit**
Benefits for Partial Disability will no longer be payable when the first of the following occurs:
- You are no longer Partially Disabled; or
- Your Loss of Income is no longer solely the result of Injury or Sickness; or
- the first month in which Your Loss of Income is less than 15% of Your Prior Income; or
- You become Totally Disabled; or
- the Benefit Period ends; or
- this rider terminates.

**Termination of Enhanced Partial Disability Benefit Rider**
This rider terminates when the first of the following occurs:
- the Expiration Date of the Policy or the end of the Benefit Period, whichever is later; or
- the premium for this rider remains unpaid for more than 31 days; or
- Our receipt of the Policyowner's written request to terminate this rider; or
- the Policy terminates.

**Berkshire Life Insurance Company of America**

Sean D. Quinn

Secretary

This page intentionally left blank.

2113439251|02-27-2021 12:47:34 AM

# EXHIBIT 1

**Berkshire Life Insurance Company of America**
**700 South Street**
**Pittsfield, MA 01201**

## 3% COMPOUND COST OF LIVING ADJUSTMENT RIDER

This rider is a part of the Policy to which it is attached. All provisions of the Policy apply to this rider and remain the same except where We change them by this rider.

The Policy is amended by adding or changing the following provisions:

### DEFINITIONS



**Cost of Living Adjustment Factor**
The Cost of Living Adjustment Factor is 1.03.

**Incremental Monthly Benefit**
Incremental Monthly Benefit means the difference between the adjusted Monthly Benefit in effect on the last Review Date before Your claim ends and the Monthly Benefit shown in the Schedule Page.

**Review Date**
Review Date means the yearly anniversary, in the same claim, of the date on which You were first Disabled.

### PROVISIONS RELATING TO COST OF LIVING ADJUSTMENT

**Adjustment of the Monthly Benefit**
On each Review Date while benefits are payable, We will adjust the Monthly Benefit on a compound basis as follows:
- On the first Review Date, We will determine the adjusted Monthly Benefit for the next 12 months by multiplying the Monthly Benefit by the Cost of Living Adjustment Factor.
- On each subsequent Review Date, We will determine the adjusted Monthly Benefit for the next 12 months by multiplying the adjusted Monthly Benefit in effect immediately prior to each Review Date by the Cost of Living Adjustment Factor.

If You are no longer Disabled and We are no longer paying benefits under the Policy, We will increase the Monthly Benefit by the Incremental Monthly Benefit, if any, determined on the last Review Date, if:
- Your Disability ends prior to the Expiration Date; and
- the Incremental Monthly Benefit is at least $300.

There will be no premium charge for the Incremental Monthly Benefit until the Expiration Date. After the Expiration Date, there will be a premium charge for the Incremental Monthly Benefit.

**Adjusted Monthly Benefit After the Expiration Date**
At the time of the first renewal of the Policy after the Expiration Date, the Policyowner may choose one of the following amounts of Monthly Benefit for any claim for Total Disability that begins after that date:
- the Monthly Benefit shown in the Schedule Page; or
- the adjusted Monthly Benefit, if any, last created by this rider.

We will base the premium after the Expiration Date on the amount of Monthly Benefit selected. All the conditions in the Policy for renewal after the Expiration Date must be satisfied.

**Premium and Renewal**
The premium for this rider is shown in the Schedule Page. This rider may not be renewed after the Expiration Date of the Policy.

3CID                                          1

2113439251|02-27-2021 12:47:34 AM

EXHIBIT 1

## TERMINATION

**Termination of Cost of Living Adjustment**
We will adjust the Monthly Benefit on each Review Date until the first of the following occurs:
- benefits are no longer being paid under the Policy for Your Disability; or
- the Benefit Period ends; or
- this rider terminates.

**Termination of 3% Compound Cost of Living Adjustment Rider**
This rider terminates when the first of the following occurs:
- the Expiration Date of the Policy or the end of the Benefit Period, whichever is later; or
- the premium for this rider remains unpaid for more than 31 days; or
- Our receipt of the Policyowner's written request to terminate this rider; or
- the Policy terminates.

**Berkshire Life Insurance Company of America**

Secretary

2113439251|02-27-2021 12:47:34 AM

<span style="color:red">EXHIBIT 1</span>

**Berkshire Life Insurance Company of America**
**700 South Street**
**Pittsfield, MA 01201**

# FUTURE INCREASE OPTION RIDER

This rider is a part of the Policy to which it is attached. All provisions of the Policy apply to this rider and remain the same except where We change them by this rider.

The Policy is amended by adding or changing the following provisions:

## DEFINITIONS



**Increase Option**
Increase Option means an option to apply for an Increase Policy.

**Increase Policy**
Increase Policy means any policy that is issued as a result of an exercise of an Increase Option.

**Option Date**
Option Date means the date of every Policy Anniversary while this rider is in effect.

**Option Period**
Option Period means:
- the 63-day period beginning 31 days immediately before the Option Date and ending 31 days immediately following the Option Date; or
- the 90-day period beginning on a Special Option Date.

**Special Option Date**
Special Option Date means:
- the first date You are no longer covered by, nor eligible to participate in, a group long-term disability (LTD) plan; or
- a date that We declare.

**Total Increase Option Amount**
Total Increase Option means the maximum amount of Monthly Benefit that may be issued for an Increase Policy. The Total Increase Option Amount is shown in the Schedule Page.

## PROVISIONS RELATING TO INCREASE OPTIONS

**Exercising an Increase Option During an Option Period**
An Increase Option may be exercised during an Option Period if You are Gainfully Employed Full Time. We must receive the application for an Increase Policy during an Option Period. Each time We issue an Increase Policy, the remaining Total Increase Option Amount available under this rider will be reduced by the amount of the Increase Policy.

All or part of the remaining Total Increase Option Amount may be applied for until You attain Age 45.

On or after Age 45, only the following may be applied for:
- up to one-third of the original Total Increase Option Amount, not to exceed the remaining Total Increase Option Amount; or
- the remaining Total Increase Option Amount if it is less than $1,000; or
- the remaining Total Increase Option Amount if an Increase Policy is being applied for as a result of a Special Option Date that occurs because You are no longer covered by, nor eligible to participate in, a group LTD plan.

FOID                                                    1

2113439251|02-27-2021 12:47:34 AM

# EXHIBIT 1

Each Increase Policy applied for during an Option Period will be underwritten to determine the maximum amount of Monthly Benefit available, if any, not to exceed the Total Increase Option Amount. This amount will be determined by Our underwriting rules in effect on either the Effective Date of the Policy or when an Increase Policy is applied for, whichever are more favorable to You.

We will issue only one Increase Policy as a result of a Special Option Date while the Policy and this rider are in effect. If We issue an Increase Policy as a result of a Special Option Date, no Increase Option will be available during the next Option Period.

**Exercising an Increase Option When Disabled or Receiving Disability Benefits**
An Increase Option may be exercised during an Option Period when You are Disabled or receiving disability benefits from any source. However, an Increase Option may not be exercised as a result of a Special Option Date if You are Disabled or receiving disability benefits from any source.

If an Increase Option is exercised when You are Disabled or receiving disability benefits from any source, any Increase Policy will only apply to a new and separate Disability and will not provide a benefit for the current Disability, or recurrent Disability, or current claim for benefits. 

Your Income for the purpose of exercising an Increase Option when You are Disabled or receiving disability benefits from any source will be based upon Your Income in the 12-month period immediately prior to the onset of Your Disability.

**Proof of Insurability**
When an Increase Option is exercised, You must provide evidence of Your Income, employment, and all other disability insurance with any insurer that is in force, that has been applied for, or for which You are eligible. We may require additional evidence of financial insurability. You do not have to provide evidence of Your occupation or medical insurability.

If an Increase Option is exercised as a result of a Special Option Date because You are no longer covered by, nor eligible to participate in, a group LTD plan, You must also provide evidence of Your eligibility status in a group LTD plan.

**Increase Policy**
The Increase Policy will be issued on a separate policy form then being used by Us for new applicants on a regular basis in the place where You live. For purposes of this rider, new applicants are individuals who do not have any coverage in force with Us at the time of application.

The Increase Policy will include those provisions, benefits, and riders that are part of the Policy if We are then offering them to new applicants in the place where the Increase Policy is issued. The provisions, benefits, and riders of the Increase Policy may be different from the Policy.

The Increase Policy will not have a shorter Elimination Period or a longer Maximum Benefit Period than the Policy.

We will not issue an Increase Policy with less than $200 of Monthly Benefit.

The premium for each Increase Policy will be based on Our premium rates in effect on the date of issue of the Increase Policy, which may vary by state. The premium may also be based on, but not limited to, the following:
- the Increase Policy amount and any rider that is attached to the Increase Policy; and
- Your age on the date of issue of the Increase Policy; and
- Your gender; and
- the state and policy form of the Increase Policy; and
- the Class of Risk, Occupation Class, and any special class rating under the Policy.

Your Class of Risk and Occupation Class under the Increase Policy will not be less favorable than under the Policy. If, at the time the Increase Policy is applied for, You submit evidence satisfactory to Us that You qualify for a more favorable Class of Risk and/or Occupation Class than under the Policy, We will apply the more favorable classification to the Increase Policy.

# EXHIBIT 1

2113439251|02-27-2021 12:47:34 AM

Conditions that are excluded by name or description under the terms of the Policy will be excluded under the Increase Policy.

In order for an Increase Policy to become effective, We must receive the first premium unless premiums are then being waived because You are Disabled or benefits are being paid under the Policy. The premium for any Increase Policy will be waived if premiums are then being waived under the Policy.

**Rider Premium**
The premium for this rider is shown in the Schedule Page. Each time We issue an Increase Policy, the remaining Total Increase Option Amount available and the premium for this rider will be reduced accordingly. A new Schedule Page will be issued.

## TERMINATION



**Termination of Future Increase Option Rider**
This rider terminates when the first of the following occurs:
- You attain Age 55; or
- the Total Increase Option Amount has been issued; or
- the premium for this rider remains unpaid for more than 31 days; or
- Our receipt of the Policyowner's written request to terminate this rider; or
- the Policy terminates.

**Berkshire Life Insurance Company of America**

Sean D. Quinn

Secretary

Z4163390

2113439251|02-27-2021 12:47:34 AM

This page intentionally left blank.

2113439251|02-27-2021 12:47:34 AM

# EXHIBIT 1

**Berkshire Life Insurance Company of America**
**700 South Street**
**Pittsfield, MA 01201**

## STUDENT LOAN PROTECTION RIDER

This rider is a part of the Policy to which it is attached. All provisions of the Policy apply to this rider and remain the same except where We change them by this rider.

The Policy is amended by adding or changing the following provisions:

### DEFINITIONS



**Reimbursable Student Loan Expense**
Reimbursable Student Loan Expense means the monthly amount You incur and pay for a claimed month as a result of a Student Loan Obligation.

**Student Loan Obligation**
Student Loan Obligation means a legally binding loan agreement(s) that:
- includes the terms of Your financial obligation and establishes Your personal responsibility for loan repayment over a fixed period of time; and
- is signed by You as a borrower; and
- is established solely for the purpose of paying education-related expenses while You attend a degree-granting institution; and
- is secured from a chartered bank, lending institution and/or government program, or their lawful successor(s) or assigns; and
- is not commingled with obligations that are separate and distinct from Your obligation to pay education-related expenses.

**Student Loan Protection Accumulation Period**
The Student Loan Protection Accumulation Period is the uninterrupted period of consecutive days during which the Student Loan Protection Elimination Period must be satisfied. The Student Loan Protection Accumulation Period begins on the first day that You are Totally Disabled. It is shown in the Schedule Page.

**Student Loan Protection Elimination Period**
The Student Loan Protection Elimination Period is the number of days You must be Totally Disabled before benefits begin to accrue and starts on the first day that You are Totally Disabled. The days within this period need not be consecutive, but they must occur within the Student Loan Protection Accumulation Period. Benefits will not accrue or be payable during the Student Loan Protection Elimination Period. It is shown in the Schedule Page.

**Student Loan Protection Maximum Monthly Benefit**
Student Loan Protection Maximum Monthly Benefit is the maximum amount of monthly benefit We will pay under this rider. It is shown in the Schedule Page.

**Student Loan Protection Monthly Benefit**
Student Loan Protection Monthly Benefit is equal to the Reimbursable Student Loan Expense, not to exceed the Student Loan Protection Maximum Monthly Benefit.

**Student Loan Protection Termination Date**
Student Loan Protection Termination Date is the date on which coverage under this rider terminates, if it has not already terminated. It is shown in the Schedule Page.

Z4163390

2113439251|02-27-2021 12:47:34 AM

EXHIBIT 1

36 of 68

## PROVISIONS RELATING TO STUDENT LOAN PROTECTION MONTHLY BENEFIT

While You are Totally Disabled, We will pay the Student Loan Protection Monthly Benefit if each of the following conditions is satisfied:

- You become Totally Disabled while this rider is in force; and
- You are personally responsible for and are making payments pursuant to the terms of a Student Loan Obligation; and
- You satisfy the Student Loan Protection Elimination Period; and
- You provide all required proof of loss.

The Student Loan Protection Monthly Benefit will no longer be payable when You are no longer Totally Disabled. Benefits will not be paid for Reimbursable Student Loan Expenses incurred after this rider terminates.

We will not increase the Student Loan Protection Monthly Benefit if You are Totally Disabled from more than one cause at a time.

**Proof of Loss**
Proof of loss is amended to also include proof pertaining to Your Student Loan Obligation and the Reimbursable Student Loan Expense.

**Student Loan Protection Monthly Benefit Assignment**
The Policyowner may assign the Student Loan Protection Monthly Benefit separately from other benefits under the Policy. We will not be bound by an assignment of any benefits payable under this rider for any claim unless We receive a written assignment on a form provided by Us before We pay the benefits claimed.

We will not be responsible for the validity or tax consequences of any assignment.

**Premium and Renewal**
The premium for this rider is shown in the Schedule Page. This rider will expire on the Student Loan Protection Termination Date or, if earlier, when You no longer have a Student Loan Obligation, and no further premium will be due for it.

If, prior to the Student Loan Protection Termination Date, You no longer have a Student Loan Obligation, We will refund any premium paid for this rider as of the date the Student Loan Obligation ended. We must receive proof at Our home office that the Student Loan Obligation has ended. However, in no case will We refund more than 12 months of premium paid for this rider.

During a period of Disability, the premium for this rider will be waived if premiums are then being waived for the Policy to which this rider is attached.

## TERMINATION

**Termination of the Student Loan Protection Monthly Benefit**
The Student Loan Protection Monthly Benefit will no longer be payable when the first of the following occurs:

- You are no longer Totally Disabled; or
- this rider terminates.

**Termination of Student Loan Protection Rider**
This rider terminates when the first of the following occurs:

- the Student Loan Protection Termination Date; or
- the premium for this rider remains unpaid for more than 31 days; or
- Our receipt of the Policyowner's written request to terminate this rider; or
- You no longer have a Student Loan Obligation; or
- the Policy terminates.

Berkshire Life Insurance Company of America



Sean D. Quinn

Secretary

SLID                    2

EXHIBIT 1

**Berkshire Life Insurance Company of America**
**700 South Street**
**Pittsfield, MA 01201**

## SERIOUS ILLNESS SUPPLEMENTAL BENEFIT ENDORSEMENT

This endorsement is a part of the Policy to which it is attached. All provisions of the Policy apply to this endorsement and remain the same except where modified by this endorsement.

The Policy is hereby amended by adding the following:

**Serious Illness Supplemental Benefit**
We will pay a Serious Illness Supplemental Benefit in addition to the Monthly Benefit when You are Totally Disabled solely due to Cancer, Stroke and/or Heart Attack. The Serious Illness Supplemental Benefit is equal to 50% of the Monthly Benefit. It is paid for a maximum of 12 months during the life of the Policy and is only payable while the Monthly Benefit is payable.

The Serious Illness Supplemental Benefit is in addition to any other benefit provided by the Policy or any attached riders. In no event will We pay more than 50% of the Monthly Benefit for the Serious Illness Supplemental Benefit, even if You are Totally Disabled from more than one cause at the same time.

   *Cancer* means a disease that is identified by the presence of malignant cells, or a malignant tumor, characterized by uncontrolled and abnormal growth and spread of invasive malignant cells.

   *Stroke* means any cerebrovascular incident due to rupture or acute occlusion of blood flow to the cerebral artery. The Stroke must cause a neurological deficit resulting in complete or partial loss of function involving the motion or sensation of a part of the body and must last more than 24 hours. The Stroke must be positively identified by a Physician based upon documented neurological deficits and must be confirmed by neuroimaging studies. Traumatic Brain Injury caused by external forces will not be considered a Stroke.

   *Heart Attack* means the death or damage of a portion of the heart muscle as a result of inadequate blood supply to the relevant area. The diagnosis for this must be evidenced by:
   • new electrocardiogram changes; and
   • elevation of cardiac-specific enzymes or troponins.

Z4163390

**Berkshire Life Insurance Company of America**

Sean D. Quinn

Secretary

EXHIBIT 1

This page intentionally left blank.

2113439251|02-27-2021 12:47:34 AM

# EXHIBIT 1

**Berkshire Life Insurance Company of America**
**700 South Street**
**Pittsfield, MA 01201**

## OCCUPATIONAL REHABILITATION, MODIFICATION AND ACCESS BENEFITS ENDORSEMENT

This endorsement is a part of the Policy to which it is attached. All provisions of the Policy apply to this endorsement and remain the same except where modified by this endorsement.

The Policy is hereby amended by adding the following:

**Occupational Rehabilitation Benefit**
If You are Disabled, You may be eligible for an Occupational Rehabilitation Benefit. We will pay for a program of occupational rehabilitation if:
- You and We agree in advance of beginning the occupational rehabilitation program; and
- the program is a formal plan that will help You return to Gainful Employment in Your Occupation; and
- the program is directed by an organization or individual licensed or accredited to provide occupational rehabilitation or education to persons who are disabled; and
- the program is documented in a signed written agreement.

The extent of Our role in this program will be determined by the written agreement. We will pay only those costs, as agreed to, that are not otherwise covered by insurance, workers' compensation, or any public fund or program.

We will periodically review the program and Your progress in it. We will continue to pay for the program as long as We determine that it is helping You return to Gainful Employment in Your Occupation.

Participating in a program of occupational rehabilitation will not in itself be considered a recovery from the Injury or Sickness that resulted in Your Disability, and benefits will continue as provided in the Policy.

**Modification and Access Benefit**
If You are Disabled, You may be eligible for a Modification and Access Benefit. If a modification is determined by Us to be appropriate and reasonable to enable You to perform Your material and substantial duties, We will reimburse You for the cost that You incur for such modification upon written proof acceptable to Us as set forth in a signed written agreement. The purpose of any such modification must be to help You return to Gainful Employment in Your Occupation.

Berkshire Life Insurance Company of America

Sean D. Quinn

Secretary

EXHIBIT 1

This page intentionally left blank.

# EXHIBIT 1

2113439251|02-27-2021 12:47:34 AM

A8M                                    Page 1 of 1                          41 of 68
                                                                           Z4163390

## AMENDMENT TO APPLICATION

This Amendment is made a part of Policy No. Z4163390 to which it is attached and becomes effective on the Policy Date.

It is hereby requested that the application for insurance made to Berkshire Life Insurance Company of America on 2/19/2019 be amended as follows:

Question No. 9:

"By signing below, I certify that I have read, agree to, and confirm all of the representations and information provided by me in the Representations to the Medical Examiner (Part 2) which was signed by me using my voice authorized signature and is attached to the policy issued to me, as of the date of my signature below."

Application for Disability Insurance - Individual Disability Insurance Supplement

Question No. 1.C:

Occupation Class: "3M"

Question No. 1.D:

Is this part of an Approved Employee Multi-Life Program (unisex rates)? "No": "No"

Question No. 2.C.4:

Increase Option - Future Increase Option - Benefit Amount: "$13,500.00"

Question No. 2.C.5:

Mental and/or Substance-Related Disorders Limitation: "24 Month"

Student Loan Protection Rider Insurance Supplement

Question No. 2.B:

Elimination Period: "180 days"

Part 2 Medical Application

Question No. 16:



\*\*\*\*\*\*\*\*\*\*

It is agreed that these amendments and declarations are to be taken and considered a part of said application and subject to the representations and agreements therein, and that the said application and these amendments are to be taken as a whole and considered as the basis, and form part of the contract or policy issued thereon.

It is further represented that the statements and answers in said application were complete and true when made and that no changes have occurred which would make said statements and answers incorrect or incomplete as of the present date.

The undersigned declare that a duplicate copy of the foregoing amendment to application is attached to the policy.

Date _____

_____
Anna F Schubert – Insured

71-A (06/01)

EXHIBIT 1

This page intentionally left blank.

2113439251|02-27-2021 12:47:34 AM

EXHIBIT 1

43 of 68

# § Guardian®

Berkshire Life Insurance Company of America
Home Office: 700 South Street, Pittsfield, MA 01201
A wholly owned stock subsidiary of The Guardian
Life Insurance Company of America, New York, NY

## DECLARATION OF INSURABILITY

Proposed Insured: Anna F Schubert                    Policy Number: Z4163390

For the policy identified above, I represent that since the date of the earlier of the Application for Insurance: Part II – Health and Medical History, the Representations to the Medical Examiner Part 2, or the Application For Disability Insurance: Part I to Berkshire Life Insurance Company of America (the "Application"), I have **not**:

1. had a physical exam or checkup of any kind;
2. been diagnosed, treated, or tested positive by a member of the medical profession, counselor, or professional of the healing arts for any disease, illness, or injury;
3. received medical advice or counseling from any physician, medical or mental health professional, counselor, psychotherapist, chiropractor, or other practitioner;
4. been a patient in a hospital, clinic, or other medical or mental health facility;
5. had any change in occupation, job title, duties, employment, income, residence, military status, or tobacco or nicotine use;
6. applied nor am I eligible for other life, disability or accident insurance;
7. had a professional license suspended or revoked, nor have I been notified of any pending investigation or complaint concerning my professional license; or
8. filed for bankruptcy nor has any business I own or have owned filed for bankruptcy.

In addition to the above representations, I further represent that: 1) as of today's date, I am actively at work on a full time basis at least 30 hours per week performing the same duties and occupation(s) identified in the Application for Disability Insurance: Part I; and 2) there are no exceptions to the above representations other than as set forth below:

Exceptions:

This Declaration of Insurability does not require disclosure of medical, financial, occupational or other facts already provided by me, or about me, and which are stated in an amendment, or other form(s) attached to the policy or policies delivered to me. It is agreed that this Declaration: (1) shall be made part of the Application for the policy identified above; and (2) is made to induce Berkshire Life Insurance Company of America to deliver said policy to the owner.

Signed at City, State                    Today's Date (mm/dd/yyyy)

Signature of Proposed Insured

**Instructions to the Producer:** This policy must not be delivered if there are any exceptions noted above. If there are no exceptions to the above representations: 1) make sure that Proposed Insured signs and dates where indicated; 2) attach a completed copy to the policy; and 3) forward the original to the Home Office immediately with any other reporting requirements. Delivery of the policy must be withheld and the policy returned to the Home Office if: 1) there are any exceptions to the above representation; or 2) this form is not signed by the Proposed Insured.



ICC16 2986-2016                    Page 1

EXHIBIT 1

This page intentionally left blank.

# EXHIBIT 1



**GUARDIAN®**

☑ Berkshire Life Insurance Company of America
Home Office: 700 South Street, Pittsfield, MA 01201
A wholly owned stock subsidiary of The Guardian Life
Insurance Company of America, New York, NY

☐ The Guardian Life Insurance Company of America
Administrative Office: 700 South Street, Pittsfield, MA 01201

(Please check appropriate company(ies). Any insurer checked above
is herein referred to as the "Company.")

## APPLICATION FOR DISABILITY INSURANCE: PART I

### SECTION 1: PROPOSED INSURED INFORMATION

A. First Name | Middle Initial | Last Name | Suffix

Anna | F | Schubert |

Previous Last Name (if applicable)

B. Gender: ☐ Male  ☑ Female

C. Social Security Number: ███████ 613

D. 1. Residence Address:

Street

710 Magnolia Street

City | State | Zip Code

Winston-Salem | NC | 27103

2. If less than two years, state prior address:

Street

City | State | Zip Code

E. Date of Birth (mm/dd/yyyy): ██████ 1989

F. State, Country of Birth: CO, USA

G. Phone: 303-519-4101

H. Email Address:



DI-2016 NC | Page 1

EXHIBIT 1

2113439251|02-27-2021 12:47:34 AM

## SECTION 1: PROPOSED INSURED INFORMATION (CONTINUED)

I.   1. Are you a U.S. citizen or green card holder? ☑ Yes ☐ No

   If No, please answer the following:

   2. Visa Type:

   3. Visa Duration:

   4. Do you expect to reside in the U.S. permanently? ☑ Yes ☐ No

   If No, include details:

   5. When do you expect to obtain U.S. citizenship or permanent residency (green card)?

## SECTION 2: BUSINESS INFORMATION

A. 1. Current Employer: Wake Forest Baptist Health

   2. Number of years with current employer: 3 yrs.

   3. If less than two years, state prior employer:

B. Business Address:

   Street
   Medical Center Blvd.

   City                                      State   Zip Code
   Winston-Salem                             NC      27157

C. Business Website:

D. Nature of Business or Industry: Health care

E. How many people are employed by your business/organization?

F. 1. Is this a home-based business? ☐ Yes ☑ No

   2. If yes, what percentage of time do you spend working outside the home? 100 %

EXHIBIT 1

2113439251|02-27-2021 12:47:34 AM

Z4163390

## SECTION 3: OCCUPATIONAL INFORMATION

A. Occupation: *ER Resident*

B. Number of years working in this occupation: *3 yrs.*

C. How many hours per week are you at work in this occupation? *50*

D. 1. Job Title: *ER Resident*

**For Medical Occupations Only: Physicians, Fellows, Residents, and Students -
Please list certification(s) or intended certification(s):**

2. Medical Board Specialty Certification: *Emergency Medicine*

3. Medical Board Subspecialty Certification:

E. Academic degrees, professional licenses, and/or designations held (if none, so state):

*Batchelor of Arts, Md, Residency training license*

F. 1. Are you any of the following?

[ ] Student    [✓] Resident    [ ] Fellow    [ ] None

2. If yes, what is your expected graduation date? *June 2019*

G. Describe the specific duties of your occupation, including but not limited to surgery, travel, sales, and supervisory duties. If the space provided is not adequate, provide additional details in Remarks & Special Requests Section 9.

| Description of Specific Duties | % of Time Devoted to Each Duty |
|---|---|
| *Clinical, diagnose, treat, perform minor procedures* | *100* |
| | |

H. 1. Do you ever perform any manual duties such as operating machinery, carrying or lifting objects in excess of 90 lbs., climbing ladders, or driving a delivery vehicle? ............................................ [ ] Yes [✓] No

If yes, please provide details:

2. Do you ever wear any protective gear or attire? ............................................ [✓] Yes [ ] No

If yes, please provide details:

*Gloves, gowns, masks, shoe covers.*

DI-2016 NC                                   Page 3

# EXHIBIT 1

2113430251|02-27-2021 12:47:34 AM

48 of 68

---

## SECTION 3: OCCUPATIONAL INFORMATION (CONTINUED)

I. Have you been continuously at work full-time (at least 30 hours per week) performing the usual duties of your occupation for the past six months?............................................................... ☑ Yes ☐ No
If no, explain in Remarks & Special Requests Section 9.

J. Do you supervise any employees?............................................................................................. ☐ Yes ☑ No

If yes, how many? [＿＿＿]

K. Employment Status? ☑ Employee (no ownership)

☐ Sole Proprietor or 1099 Employee

☐ Partner [＿＿＿] % of ownership

☐ S-Corp Shareholder [＿＿＿] % of ownership

☐ C-Corp Shareholder [＿＿＿] % of ownership



L. Do you plan to change your occupation, job, or employment within the next six months?............... ☐ Yes ☑ No
If yes, provide details:

[＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿]

M. Do you have any other part-time or full-time occupations, jobs, or employment?........................... ☐ Yes ☑ No
If yes, provide details:

[＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿]

# EXHIBIT 1

## SECTION 4: OTHER INSURANCE COVERAGE

A. Within the past five years, have you had any application for insurance declined, postponed, modified, rated, cancelled, rescinded, or have you withdrawn a pending application, or had a renewal or reinstatement request refused?...................................................................................................................... ☐ Yes  ☑ No

If yes, provide details in Remarks & Special Requests Section 9

B. 1. Within the past six months, have you applied for life insurance through The Guardian Life Insurance Company of America ("Guardian") or any other company?............................................................................. ☑ Yes  ☐ No

2. If yes, what company? Guardian → No

C. Do you have any disability insurance in force or applied for, or for which you are eligible within the next 12 months with any company, including Guardian or Berkshire Life Insurance Company of America ("Berkshire")?.... ☐ Yes  ☑ No

If yes, list all coverages in the chart below.

Type: Individual (IDI); Long-Term Disability (LTD); Short-Term Disability (STD); Overhead Expense (OE); Disability Buy-Out (DBO); Retirement Protection (RP); If other, please specify.

*Include all sources of insurance including Association, Employer, Group, Self-Purchased, etc.*

| | | Column A | Column B | Column C | Column D |
|---|---|---|---|---|---|
| 1. | Company Name | | | | |
| 2. | Type | | | | |
| 3. | Status (In-Force, Applied For, Eligible For) | | | | |
| 4. | Benefit Amount | $ | $ | $ | $ |
| 5. | Benefit Period | | | | |
| 6. | Catastrophic Benefit | $ | $ | $ | $ |
| 7. | Retirement Protection | $ | $ | $ | $ |
| 8. | Employer-Paid* | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| 9. | Is this coverage being replaced? If yes, date to be replaced | ☐ Yes ☐ No  Date: | ☐ Yes ☐ No  Date: | ☐ Yes ☐ No  Date: | ☐ Yes ☐ No  Date: |
| 10. | Amount to be replaced | $ | $ | $ | $ |

* "Employer-paid" means your employer pays the premium and does not include it as taxable income to you.

# EXHIBIT 1

## SECTION 5: PERSONAL FINANCIAL INFORMATION

For purposes of this section only, Earned Income means the income you are required to report to the Internal Revenue Service ("IRS") for income tax purposes. This includes W-2 wages, salary, bonuses, your share of net business income, and all other compensation you received for work or services. Explain in Remarks & Special Requests Section 9, any significant fluctuations between years.

A. Earned Income

   1. Year-to-Date This Calendar Year:

   2. Actually Filed with the IRS Last Calendar Year:

   3. Actually Filed with the IRS Two Calendar Years Ago:

B. What percentage of your Earned Income is commission-based? [ O ] % (if none, enter 0)

C. Would you like to have contributions such as your 401(k) or 403(b) considered as part of your Earned Income?

   [ ] Yes  [ ] No  [ ] Not Applicable

   *If yes, complete question (D).*

D. Total Annual Retirement Contributions:

| Personal Contributions | | Employer Contributions | |
|---|---|---|---|
| 1. Year-To-Date This Calendar Year: $ | | 4. Year-To-Date This Calendar Year: $ | |
| 2. Last Calendar Year: | $ | 5. Last Calendar Year: | $ |
| 3. Two Calendar Years Ago: | $ | 6. Two Calendar Years Ago: | $ |

## SECTION 6: ADDITIONAL INFORMATION

(Please provide details in Remarks & Special Requests Section 9 to all "Yes" answers)

A. Have you or a business you've owned ever filed, or plan to file, for bankruptcy?............................................ [ ] Yes [✓] No

   If yes, Type: [ ] Personal  [ ] Business  Filing Date: [ ]  Discharge Date: [ ]

B. Do you plan to reside or travel outside of the U.S.?................................................................................. [✓] Yes [ ] No

C. Within the last five years, have you been charged with or convicted of any motor vehicle violation(s) or

   had your driver's license suspended or revoked?.................................................................................... [ ] Yes [✓] No

D. Within the last 10 years, have you been convicted of a felony, or is such a charge pending against you? ........... [ ] Yes [✓] No

E. Do any of the following apply? 1) Your professional or occupational license or certification has ever

   been suspended, revoked, restricted, inactivated, surrendered, or the like; 2) There is a pending

   investigation or complaint concerning you with a regulatory, governmental, or other entity that

   oversees your profession; 3) You have ever been disbarred; or 4) You have ever been fined or

   sanctioned by an entity that oversees your profession. ........................................................................... [ ] Yes [✓] No

F. Have you participated within the last three years, or do you plan to participate in any activities such as:

   rock climbing; mountaineering; motor sports; parachuting; or underwater diving?.................................... [ ] Yes [✓] No

   (If yes, complete the Avocation Supplement.)

## SECTION 6: ADDITIONAL INFORMATION (CONTINUED)

(Please provide details in Remarks & Special Requests Section 9 to all "Yes" answers)

G. Have you used any tobacco or nicotine products and/or nicotine delivery systems in the last 12 months?........ ☐ Yes ☑ No

(If you no longer use any of the above, date last used: _____ )

H. Are you now, or do you intend to become a member of the U.S. Armed Forces or have you received military orders or been placed on alert?............................................................................................ ☐ Yes ☑ No

## SECTION 7: PREMIUM INFORMATION

A. What percentage of the premium for the coverage you are applying for will be paid by your employer?

☑ None   ☐ 100%   ☐ Other _____ %

B. If your employer will pay any part of the premium, will it be reportable by you as taxable income? ........ ☐ Yes   ☐ No

C. If any part of the premium is paid by you, is it paid with: ☐ Pre-Tax dollars   ☐ After-Tax dollars

D. Premium Mode: ☑ Annual   ☐ Semi-annual   ☐ Quarterly   ☐ Monthly (available with Group Bill and Automatic Bank Draft only)

E. Billing Type: ☑ Paper Bill

☐ Automatic Bank Draft: ☐ New Service (Complete Request for Guard-O-Matic (GOM) Arrangement Form R223)

☐ Add to my existing Guardian or Berkshire services – GOM # _____

☐ Group Bill   ☐ Existing Group # _____

☐ New – Billing Name: _____   Common Billing Day _____

F. Send premium notices to:
☑ Residence
☐ Owner's Address
☐ Business
☐ Other
_____

G. Prepayment of Premium – A prepayment must be accompanied by a signed Conditional Receipt.

☑ No money has been submitted with this application.

☐ $ _____ has been submitted with this application.

Z4163390

EXHIBIT 1

2113439251|02-27-2021 12:47:34 AM

## SECTION 8: COVERAGE APPLIED FOR

Indicate all insurance applied for with this application and specify coverage desired. Complete the appropriate application supplement as noted below:

[✓] Individual Disability (including Retirement Protection) – Complete Individual Disability Insurance Supplement

[ ] Overhead Expense – Complete Overhead Expense Insurance Supplement

[ ] Disability Buy-Out – Complete Disability Buy-Out Insurance Supplement

[ ] PayGuard – Complete Reducing Term/PayGuard Insurance Supplement

## SECTION 9: REMARKS & SPECIAL REQUESTS

Identify each detail by question number. For additional space use the Supplement to the Application for Insurance (C-AP-SUPP).

Traveling to Croatia in April 2019 for pleasure.

## SECTION 10: AMENDMENTS OR CORRECTIONS (FOR HOME OFFICE USE ONLY)

2113439251|02-27-2021 12:47:34 AM

EXHIBIT 1

## SECTION 11: REPRESENTATIONS OF THE PROPOSED INSURED AND OWNER

Those parties who sign below, agree that:

1. This Application for Disability Insurance: Part I, Application for Insurance; Part II – Health and Medical History, any required Representations to the Medical Examiner, and any other supplements or amendments to this Application for Disability Insurance: Part I will form the basis for, and become part of and attached to any policy or coverage issued and is herein referred to as the "Application."

2. All of the statements that are part of this Application are correctly recorded, and are complete and true to the best of the knowledge and belief of those persons who made them.

3. No agent, broker or medical examiner has any right to accept risks, make or change contracts, or to waive or modify any of the Company's rights or requirements.

4. Any misrepresentation or omission, if found to be material, may adversely affect acceptance of the risk, claims payment, or may lead to rescission of any policy that is issued based on this Application.

5. All coverage you have identified to be replaced in answer to Question 4C of this Application will be permanently terminated on or before the date(s) indicated. If not, it is understood and agreed that the Company reserves all rights provided in any policy issued and those available by law. Further, benefits under any policy or coverage issued based on this Application may be reduced by any monthly indemnity or benefit under such existing policies.

6. The policy date is the date from which premiums are calculated and become due. Except as provided in the Conditional Receipt (If an advance payment has been made and acknowledged and such Receipt issued), no insurance shall take effect unless and until the policy is delivered, the first premium is paid, and there has been no change in the health, the income level, status of employment or occupation of the proposed insured. If disability insurance becomes effective in the manner stated in the Conditional Receipt, the amount of such insurance shall not exceed the limits set forth in such Receipt. If a request is made for coverage to commence as of a specified date, it is understood and agreed that certain rights under the conditional receipt may be waived.

7. Changes or corrections made by the Company and noted in the "Amendments or Corrections" section are ratified by the owner upon acceptance of a policy containing this Application with the noted changes or corrections. In those states where written consent is required by statute or State Insurance Department regulation for amendments as to plan, amount, classification, age at issue, or benefits, such changes will be made only with the owner's written consent.

8. By paying premiums on a basis more frequently than annually, the total premium payable during one year's time will be greater than if the premium were paid annually. That is, the cost of paying annualized periodic premiums will be more than the cost of paying one annual premium.

9. If applying for Disability Buy-Out insurance, if no written buy-sell agreement is in place, one must be executed before a disability occurs that would qualify for benefits under the policy. Otherwise, the Company will have no liability other than to refund premiums. We will require written assurance within one year of the policy date that a written buy-sell agreement is in place. If no written assurance is received, the policy will be voided and the premiums refunded.

Any person who knowingly, and with intent to defraud any insurance company or other person, files an application of insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and may also be subject to civil penalties.

Signed at City, State

Winston-Salem, NC

Today's Date (mm/dd/yyyy)

03/19/2019

Signature of Proposed Insured

Signature of Applicant/Owner if Other than Proposed Insured

Witness Signature

Z4163390

2113439251|02-27-2021 12:47:34 AM

EXHIBIT 1

This page intentionally left blank.

2113439251|02-27-2021 12:47:34 AM



Berkshire Life Insurance Company of America
Home Office: 700 South Street, Pittsfield, MA 01201
A wholly owned stock subsidiary of The Guardian Life
Insurance Company of America, New York, NY

Z4163390

## APPLICATION FOR DISABILITY INSURANCE -
## INDIVIDUAL DISABILITY INSURANCE SUPPLEMENT

If applying for an individual disability insurance policy, complete sections 1 and 2 only. If applying for a separate Retirement
Protection Plus policy, complete sections 1 and 3 only.

### SECTION 1: PROPOSED INSURED INFORMATION

A. First Name: Anna   Middle Initial: F   Last Name: Schubert   Suffix:

B. Date of Birth (mm/dd/yyyy): ███ /1989

C. Occupation Class (if unsure, leave blank):

D. Is this part of an Approved Employee Multi-Life Program (unisex rates)?  ☐ Yes  ☐ No

E. GSI Case # (Fully Underwritten Buy-ups Only):

### SECTION 2: INDIVIDUAL DISABILITY INSURANCE

A. Monthly Benefit Amount: $ 6500.00

B. Elimination Period:

☐ 30 Days   ☐ 60 Days   ☐ 90 Days   ☑ 180 Days   ☐ 360 Days   ☐ 720 Days

C. Benefits Selection:
*Select options from a single column only.*

| | Essential Package | Select Package | Premier Package |
|---|---|---|---|
| 1. Definition of Disability | ☐ Two-Year True Own Occupation (Modified Thereafter) ☐ Two-Year Modified Own Occupation (Any Occupation Thereafter) | ☐ True Own Occupation ☐ Two-Year True Own Occupation (Modified Thereafter) | ☑ True Own Occupation ☐ Two-Year True Own Occupation (Modified Thereafter) |
| 2. Premium Structure | Level | ☐ Level ☐ Graded | ☐ Level ☑ Graded |



DI-IDI-2016 NC                    Page 1

# EXHIBIT 1

## SECTION 2: INDIVIDUAL DISABILITY INSURANCE (CONTINUED)

| | Essential Package | Select Package | Premier Package |
|---|---|---|---|
| 3. Benefit Period | ☐ 2 Year  ☐ 5 Year<br>☐ 10 Year  ☐ To Age 65 | ☐ 2 Year  ☐ 5 Year<br>☐ 10 Year  ☐ To Age 65<br>☐ To Age 67  ☐ To Age 70 | ☐ 2 Year  ☐ 5 Year<br>☐ 10 Year  ☐ To Age 65<br>☑ To Age 67  ☐ To Age 70 |
| 4. Increase Option | N/A | ☐ Future Increase Option<br>$ _____ | ☑ Future Increase Option<br>$ 13,500 |
| 5. Mental and/or Substance-Related Disorders Limitation | 6 Month | 24 Month | Unlimited |
| 6. Partial/Residual Disability | ☐ Short-Term Residual | ☐ Basic Partial | ☐ Basic Partial<br>☑ Enhanced Partial |
| 7. Cost of Living Adjustment (COLA) | N/A | ☐ Four-Year Delayed<br>☐ 3% Compound<br>☐ 6% Maximum | ☐ Four-Year Delayed<br>☑ 3% Compound<br>☐ 6% Maximum |
| 8. Catastrophic Disability (CAT) | N/A | ☐ Basic CAT<br>Benefit Amount<br>$ _____<br>☐ Enhanced CAT<br>Benefit Amount<br>$ _____ | ☐ Basic CAT<br>Benefit Amount<br>$ _____<br>☐ Enhanced CAT<br>Benefit Amount<br>$ _____ |
| 9. Extended Benefits | N/A | ☐ Graded Lifetime Benefit for Total Disability<br>☐ Lump Sum Disability Benefit | ☐ Graded Lifetime Benefit for Total Disability<br>☐ Lump Sum Disability Benefit |
| 10. Retirement Protection | N/A | ☐ Retirement Protection Plus<br>Monthly Benefit<br>$ _____<br>Elimination Period:<br>☐ 180 Days  ☐ 360 Days | ☐ Retirement Protection Plus<br>Monthly Benefit<br>$ _____<br>Elimination Period:<br>☐ 180 Days  ☐ 360 Days |

2113439251|02-27-2021 12:47:34 AM

Z4163390

## SECTION 2: INDIVIDUAL DISABILITY INSURANCE (CONTINUED)

|  | Essential Package | Select Package | Premier Package |
|---|---|---|---|
| 11. Student Loan Protection | N/A | ☐ Student Loan Protection Rider (Complete Student Loan Protection Rider Supplement) | ☑ Student Loan Protection Rider (Complete Student Loan Protection Rider Supplement) |
| 12. Additional Benefits | Social Insurance Substitute<br><br>Benefit Amount<br><br>$ _____ | ☐ Social Insurance Substitute<br><br>Benefit Amount<br><br>$ _____<br><br>☐ Supplemental Benefit Term Rider<br><br>Benefit Amount<br><br>$ _____<br><br>Elimination Period:<br>☐ 90 Days   ☐ 180 Days<br><br>Benefit Term:<br>☐ 10 Year   ☐ 15 Year<br><br>☐ Unemployment Waiver of Premium | ☐ Social Insurance Substitute<br><br>Benefit Amount<br><br>$ _____<br><br>☐ Supplemental Benefit Term Rider<br><br>Benefit Amount<br><br>$ _____<br><br>Elimination Period:<br>☐ 90 Days   ☐ 180 Days<br><br>Benefit Term:<br>☐ 10 Year   ☐ 15 Year<br><br>☐ Unemployment Waiver of Premium |

## SECTION 3: RETIREMENT PROTECTION PLUS – SEPARATE POLICY

A. Benefit Amount: $ 1,000

B. Premium Structure:

☐ Level   ☑ Graded

C. Elimination Period:

☑ 180 Days   ☐ 360 Days

D. Supplemental Benefits:
(You may only select one in each row)

| 1. Increase Option | ☐ FIO. $ _____ | | |
|---|---|---|---|
| 2. Cost of Living Adjustment (COLA) | ☐ Four-Year Delayed | ☐ 3% Compound | ☐ 6% Maximum |

DI-IDI-2016 NG

Page 3

This page intentionally left blank.

EXHIBIT 1

2113439251|02-27-2021 12:47:34 AM

59 of 68



Berkshire Life Insurance Company of America
Home Office: 700 South Street, Pittsfield, MA 01201
A wholly owned stock subsidiary of The Guardian Life
Insurance Company of America, New York, NY

## STUDENT LOAN PROTECTION RIDER INSURANCE SUPPLEMENT

### SECTION 1: PROPOSED INSURED INFORMATION

A. First Name: Anna    Middle Initial: F    Last Name: Schubert    Suffix:

B. Date of Birth (mm/dd/yyyy): ▮▮/ /1989

C. What is the highest educational degree you currently hold or are pursuing?

[ ] Associate's  [ ] Bachelor's  [ ] Master's  [✓] Doctoral

### SECTION 2: COVERAGE APPLIED FOR

A. Monthly Benefit Amount: $ 2,500.00

B. Elimination Period:   [✓] 90 Days   [ ] 180 Days

C. Benefit Term:   [✓] 10 Years   [ ] 15 Years

### SECTION 3: OTHER STUDENT LOAN COVERAGE

A. Other than coverage requested by this application, describe all disability insurance **for your student loan(s)** in force, applied for, or for which you are eligible within the next 12 months with any company:

If none, check here [✓]

| | Column A | Column B |
|---|---|---|
| 1. Company Name | | |
| 2. Status (In-Force, Applied For, Eligible For) | | |
| 3. Monthly Benefit Amount | $ | $ |
| 4. Benefit Term/Period | | |
| 5. Is this coverage being replaced? | [ ] Yes  [ ] No | [ ] Yes  [ ] No |
| If yes, date to be replaced: | Date (mm/dd/yyyy): | Date (mm/dd/yyyy): |
| 6. Amount to be replaced | $ | $ |



SLP-2016    Page 1

<span style="color:red">EXHIBIT 1</span>

2113439251|02-27-2021 12:47:34 AM

## SECTION 4: STUDENT LOAN INFORMATION

The following questions pertain to the student loan(s) that you are seeking to cover by this application:

A. Is your student loan(s) a legally binding loan agreement(s) that includes the terms of your financial
obligation and establishes your personal responsibility for loan repayment over a fixed period of time? ............... ☑ Yes  ☐ No

B. Is your student loan(s) a legally binding loan agreement(s) that is signed by you as a borrower? ............... ☑ Yes  ☐ No

C. Was your student loan(s) established solely for the purpose of paying education-related expenses
while you attend or attended a degree-granting institution? ............... ☑ Yes  ☐ No

D. Was your student loan(s) secured from a chartered bank, lending institution and/or government program,
or their lawful successor(s) or assigns? ............... ☑ Yes  ☐ No

E. Is your loan obligation(s) solely for education-related expenses? ............... ☑ Yes  ☐ No

SLP-2016                                          Page 2

2113439251|02-27-2021 12:47:34 AM

# EXHIBIT 1



**GUARDIAN**

**Life Customer Service Office**
6255 Sterner's Way
Bethlehem, PA 18017-9464

**Disability Customer Service Office**
700 South Street
Pittsfield, MA 01201

61 of 68

☐ **THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA**
☐ **THE GUARDIAN INSURANCE & ANNUITY COMPANY, INC.**
☒ **BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA**
(Please check appropriate company(ies). Any insurer checked above
is herein referred to as the "Company.")

## Representations to the Medical Examiner (Part 2)

This application is to be attached to and made part of the policy.

**PROPOSED INSURED INFORMATION**

Please print:

1a. First Name ANNA    MI F    Last Name SCHUBERT

b. Date of Birth (mm/dd/yyyy) ▮▮▮▮▮ 9 8 9

c. Name and Address of your personal physician. If none, so state.
NOVANT HEALTH WOMANCARE

114 CHARLOIS BLVD, WINSTON-SALEM, NC 27103, USA, PHONE: 336-765-5470

d. Date and reason last consulted ▮▮▮▮▮

e. What treatment or medication was given or recommended? PRESCRIBED... (SEE SUPPLEMENT)

f. Weight change past year: ☐ Gain   ☒ Loss   L: 15   lbs.
Reason for change: (SEE SUPPLEMENT)

**(If you answer "Yes" to questions 2-15, provide details in item #16 on the next page.)**

Yes   No

2. Have you ever had or been treated for cancer or tumor? .............................................................................

3. In the last ten years, have you had, been treated for or received a consultation or counseling for:

   i. high blood pressure, chest pain or disorder of the heart or circulatory system? ......................................

   ii. diabetes or disorder of the glands, bone, blood* or skin? .......................................................................

     *Disorder of the blood is any disorder of the red blood cells, platelets or hemorrhagic disorders.

   iii. complications of pregnancy, infertility, or any disorder of the breasts, reproductive or genital organs, prostate, kidneys, or urinary systems? ...........................................................................................

   iv. hernia, hepatitis, or disorder of the liver, gall bladder, stomach, pancreas, spleen, intestines or rectum? ......................................................................................................................................................

   v. arthritis, rheumatism, or disorder of the joints, limbs or muscles? ...........................................................

   vi. disorder or condition of the back, neck or spine? ....................................................................................

   vii. allergy, asthma, sinusitis, emphysema, disorder of the lungs or respiratory system, or sleep apnea? .............................................................................................................................................

   viii. epilepsy, stroke, dizziness, headache, or disorder of the brain, or spinal cord? .....................................

   ix. disorder of the eyes, ears, nose or throat? .............................................................................................

   x. anxiety, depression, nervousness, stress, mental or nervous disorder, or other emotional disorder? .................................................................................................................................................

   xi. Chronic Fatigue Syndrome, Fibromyalgia, Epstein Barr virus or Lyme Disease? ...................................

4. Do you have any loss of hearing or sight, an amputation of any kind, or any physical deformity, impairment or handicap? ...........................................................................................................................

5. Within the past ten years, have you been diagnosed by or received treatment from a member of the medical profession for Acquired Immune Deficiency Syndrome (AIDS), AIDS Related Complex (ARC)*, or any deficiency of the immune system* such as Human Immunodeficiency Virus? .......................

*AIDS Related Complex (ARC) is a condition with signs and symptoms which may include generalized lymphadenopathy (swollen lymph nodes), loss of appetite, weight loss, fever, night sweats, diarrhea, malaise, lethargy and tiredness, oral thrush, skin rashes, unexplained infections, dementia, depression, or other psychoneurotic disorder with no known cause.

**Deficiency of the immune system is any impairment of the body's natural defenses, which normally would provide a rapid, specific, and highly protective defense against foreign microorganisms and substances.

C-MED-2003 NC



IMNB2800000240201

# EXHIBIT 1

2113439251|02-27-2021 12:47:34 AM

62 of 68

|     |      |                                                                                                                                        | Yes | No |
|-----|------|----------------------------------------------------------------------------------------------------------------------------------------|-----|----|
| 6.  | i.   | Are you currently taking prescribed medication? |     |    |
|     | ii.  | Are you currently taking non-prescription medication? |     |    |
| 7.  | i.   | Have you ever used stimulants, hallucinogens, narcotics or any other controlled substance? |     |    |
|     | ii.  | Have you ever had or been advised to have counseling or treatment for alcohol or drug use? (If yes, complete the Alcohol and Drug Usage Supplement.) |     |    |

8. Are you now pregnant? ....................
   *If yes, expected delivery date:* _____

9. Within the past five years, have you had a sickness or injury for which you have made a benefits claim or for which you will make a benefits claim? ....................

10. Within the past five years, have you had a physical exam or check-up of any kind? ....................

11. Within the past five years, have you been advised to have surgery or any diagnostic tests that were not performed, except for HIV tests? ....................

12. Within the past 12 months, have you had symptoms of any condition listed, except those conditions listed in question 5, for which you **have not sought medical attention or advice**? ....................

13. Other than as previously stated on this Representations, in the last five years have you received medical advice from physicians, medical or mental health professionals, counselors, psychotherapists, or other practitioners, or have you been a patient in a hospital, clinic, sanatorium, or other medical facility? ....................

14. i. Have you smoked cigarettes in the past 24 months?.................... (If you have quit, date last used: _____.)

    ii. Have you used tobacco in any form in the last 12 months? .................... If "No," have you used tobacco in any form in the last 24 months? .................... If "No," have you used tobacco in any form in the last 48 months? .................... (If you have quit, date last used: _____.)

    iii. Do you currently use a nicotine patch or nicotine gum? ....................

15. Do you have a family history of: diabetes, cancer, high blood pressure, heart disease, mental illness or suicide? ....................

|                      | Age if Living | Cause of Death | Age at Death |
|----------------------|---------------|----------------|--------------|
| FATHER               | 66            |                |              |
| MOTHER               | 64            |                |              |
| BROTHERS and SISTERS | 31            |                |              |
| No. Living     2     | 27            |                |              |
| No. Deceased   0     |               |                |              |

C-MED-2003 NC

2113439251|02-27-2021 12:47:34 AM

63 of 68

16. **DETAILS OF "YES" ANSWERS. IDENTIFY QUESTION & NUMBER. CIRCLE APPLICABLE ITEMS:**
Give diagnosis or symptoms, tests performed, dates, types and amounts of medication, length of disability, degree of recovery, and names and addresses of all physicians, medical or mental health professionals, counselors, psychotherapists, practitioners or hospitals. Additional paper may be attached if necessary to explain details.



Z4163390

I understand and agree that the statements and answers in this Representations to the Medical Examiner are written as made by me; to the best of my knowledge and belief are full, complete and true; and that they shall be a part of the contract of insurance, if issued.

**Any person who knowingly, and with intent to defraud any insurance company or other person, files an application of insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and may also be subject to civil penalties.**

Signed at _____ this _____ day of _____ , _____
           City and State              Day         Month      Year

                                Signed using Voice Technology on (03/14/2019) and (12:10 Eastern Time).
_____
          Witness                       Signature of Proposed Insured

C-MED-2003 NC

## EXHIBIT 1

2113439251|02-27-2021 12:47:34 AM

64 of 68



**Life Customer Service Office**
3900 Burgess Place
Bethlehem, PA 18017

**Disability Customer Service Office**
700 South Street
Pittsfield, MA 01201

☐ **THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA**
☐ **THE GUARDIAN INSURANCE & ANNUITY COMPANY, INC.**
☒ **BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA**
(Please check appropriate company(ies). Any insurer checked above
is herein referred to as the "Company.")

## Supplement To Application For Insurance

This application is to be attached to and made part of the policy.

Proposed Insured __ANNA F SCHUBERT__                Date of Birth: __04/28/1989__

Use this space to amplify and extend answers to questions in your application dated: __03/14/2019__

I (We) represent that the answers as amplified and extended above are true and complete to the best of my (our) knowledge and belief and are part of my (our) application to the Company as described above.

**Any person who knowingly, and with intent to defraud any insurance company or other person, files an application of insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and may also be subject to civil penalties.**

Signed at _____, this _____ day of _____, _____.
                City and State                    Day            Month        Year

_____                    Signed using Voice Technology on (03/14/2019) and (12:10 Eastern Time).
                Witness                              Signature of Proposed Insured

_____
        Signature of Applicant/Owner

C-AP-SUPP-2003                              **\*IMNB001000020**

# EXHIBIT 1

2113439251|02-27-2021 12:47:34 AM



**Life Customer Service Office**
3900 Burgess Place
Bethlehem, PA 18017

**Disability Customer Service Office**
700 South Street
Pittsfield, MA 01201

☐ **THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA**
☐ **THE GUARDIAN INSURANCE & ANNUITY COMPANY, INC.**
☒ **BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA**
(Please check appropriate company(ies). Any insurer checked above
is herein referred to as the "Company.")

## Supplement To Application For Insurance

This application is to be attached to and made part of the policy.

Proposed Insured ANNA F SCHUBERT                         Date of Birth: 04/28/1989

Use this space to amplify and extend answers to questions in your application dated: 03/14/2019

Z4163390

I (We) represent that the answers as amplified and extended above are true and complete to the best of my (our) knowledge and belief and are part of my (our) application to the Company as described above.

**Any person who knowingly, and with intent to defraud any insurance company or other person, files an application of insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and may also be subject to civil penalties.**

Signed at _____, this _____ day of _____, _____.
       City and State          Day          Month    Year

Signed using Voice Technology on (03/14/2019) and (12:10 Eastern Time).

_____
      Witness

_____
Signature of Proposed Insured

_____
Signature of Applicant/Owner

C-AP-SUPP-2003

# *IMNB001000020

<span style="color:red">EXHIBIT 1</span>

2113439251|02-27-2021 12:47:34 AM



**GUARDIAN®**

| | |
|---|---|
| **Life Customer Service Office**<br>3900 Burgess Place<br>Bethlehem, PA 18017 | **Disability Customer Service Office**<br>700 South Street<br>Pittsfield, MA 01201 |

☐ THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA
☐ THE GUARDIAN INSURANCE & ANNUITY COMPANY, INC.
☒ BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA
(Please check appropriate company(ies). Any insurer checked above
is herein referred to as the "Company.")

## Supplement To Application For Insurance

This application is to be attached to and made part of the policy.

Proposed Insured ANNA F SCHUBERT                    Date of Birth: 04/28/1989

Use this space to amplify and extend answers to questions in your application dated: 03/14/2019

I (We) represent that the answers as amplified and extended above are true and complete to the best of my (our) knowledge and belief and are part of my (our) application to the Company as described above.

**Any person who knowingly, and with intent to defraud any insurance company or other person, files an application of insurance or statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and may also be subject to civil penalties.**

Signed at _____, this _____ day of _____, _____.
              City and State                              Day               Month         Year

                                                    Signed using Voice Technology on (03/14/2019) and (12:10 Eastern Time).
_____                        _____
          Witness                                           Signature of Proposed Insured

_____
    Signature of Applicant/Owner

C-AP-SUPP-2003                              **\*IMNB001000020**

EXHIBIT 1

This page intentionally left blank.

# EXHIBIT 1

2113439251|02-27-2021 12:47:34 AM



*Issued by Berkshire Life Insurance Company of America, Pittsfield, MA,*
*a wholly owned stock subsidiary of*
*The Guardian Life Insurance Company of America, New York, NY.*

2113439251|02-27-2021 12:47:34 AM

# EXHIBIT 1



**☑ BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA**
Home Office: 700 South Street, Pittsfield, MA 01201
*A wholly owned stock subsidiary of and administrator for*
*The Guardian Life Insurance Company of America, New York, NY*

**☐ THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA**
Administrative Office: 700 South Street, Pittsfield, MA 01201

[Please check appropriate company. The insurer checked above is
herein referred to as the "Company".]

## Policy Delivery Receipt

The Policy Owner(s) hereby acknowledge receipt, on the date indicated below, of Policy No.
____Z4163390____ for __Disability Income__ Insurance issued by the
Company(ies), insuring __Anna F Schubert__

The Policy Owner(s) understands that premium is being billed from the Policy Date indicated on the
schedule page of the policy, even though today is the first day that the policy will provide coverage if the
Policy Owner(s) pays the first premium today. The Policy Owner(s) understands that if the Policy Date is
earlier than today's date, the Policy Owner(s) may pay premium for a period of time during which the
policy did not provide coverage. The Policy Owner(s) understands that the Policy Owner(s) is not required
to pay premium for a period of time during which the policy did not provide coverage and that the Policy
Owner(s) may avoid paying such premium by having the Company change the Policy Date/Date of Issue
on the policy.

The Policy Owner(s) understands that the policy dating rules stated above do not apply to policy(ies)
where the dating rules are established by the terms of a Conditional Receipt.

The Applicant/Insured represents that the statements and answers in the application and any requirement
supplements or other documents required as part of the application for the policy were complete and true
when made, and that no changes have occurred that would make said statements and answers incorrect
or incomplete as of the present date, except as amended or modified in any amendment(s) attached
thereto.

Unless otherwise indicated in the space below, the Policy Owner(s) acknowledges receipt of this policy
delivered to the Policy Owner(s) in person by the Insurance Representative. Other method of delivery:
_____

The Policy Owner(s) hereby acknowledges the Policy Owner(s) has received a complete policy by
attesting it includes all ___68___ pages as indicated by the page numbers located at the front top right and
back top left corners of each page in the bound policy.

Signed at ____NC____ on ____6/6/19____
State                                   Month – Day – Year

Delivered by _____          _____
Insurance Representative's Signature          Policy Owner's Signature

_____
Insured's Signature (if different than policy owner)

AA13526 (9/13)

<span style="color:red">EXHIBIT 1</span>

2113439251|02-27-2021 12:47:34 AM



Berkshire Life Insurance Company of America
Home Office: 700 South Street, Pittsfield, MA 01201
A wholly owned stock subsidiary of The Guardian
Life Insurance Company of America, New York, NY

## DECLARATION OF INSURABILITY

Proposed Insured: Anna F Schubert                    Policy Number:   Z4163390

For the policy identified above, I represent that since the date of the earlier of the Application for Insurance: Part II – Health and Medical History, the Representations to the Medical Examiner Part 2, or the Application For Disability Insurance: Part I to Berkshire Life Insurance Company of America (the "Application"), I have **not**:

1. had a physical exam or checkup of any kind;
2. been diagnosed, treated, or tested positive by a member of the medical profession, counselor, or professional of the healing arts for any disease, illness, or injury;
3. received medical advice or counseling from any physician, medical or mental health professional, counselor, psychotherapist, chiropractor, or other practitioner;
4. been a patient in a hospital, clinic, or other medical or mental health facility;
5. had any change in occupation, job title, duties, employment, income, residence, military status, or tobacco or nicotine use;
6. applied nor am I eligible for other life, disability or accident insurance;
7. had a professional license suspended or revoked, nor have I been notified of any pending investigation or complaint concerning my professional license; or
8. filed for bankruptcy nor has any business I own or have owned filed for bankruptcy.

In addition to the above representations, I further represent that: 1) as of today's date, I am actively at work on a full time basis at least 30 hours per week performing the same duties and occupation(s) identified in the Application for Disability Insurance: Part I; and 2) there are no exceptions to the above representations other than as set forth below:

Exceptions:

**This Declaration of Insurability does not require disclosure of medical, financial, occupational or other facts already provided by me, or about me, and which are stated in an amendment, or other form(s) attached to the policy or policies delivered to me. It is agreed that this Declaration: (1) shall be made part of the Application for the policy identified above; and (2) is made to induce Berkshire Life Insurance Company of America to deliver said policy to the owner.**

Signed at City, State                         Today's Date (mm/dd/yyyy)

Winston-Salem , NC                            06/00/2019

Signature of Proposed Insured

**Instructions to the Producer:** This policy must not be delivered if there are any exceptions noted above. If there are no exceptions to the above representations: 1) make sure that Proposed Insured signs and dates where indicated; 2) attach a completed copy to the policy; and 3) forward the original to the Home Office immediately with any other reporting requirements. Delivery of the policy must be withheld and the policy returned to the Home Office if: 1) there are any exceptions to the above representation; or 2) this form is not signed by the Proposed Insured.

ICC16 2986-2016                         Page 1

EXHIBIT 1

2113439251 02-27-2021 12:47:34 AM

A8M                                            Page 1 of 1                                            Z4163390

## AMENDMENT TO APPLICATION

This Amendment is made a part of Policy No. Z4163390 to which it is attached and becomes effective on the Policy Date.

It is hereby requested that the application for insurance made to Berkshire Life Insurance Company of America on 2/19/2019 be amended as follows:

Question No. 9:

"By signing below, I certify that I have read, agree to, and confirm all of the representations and information provided by me in the Representations to the Medical Examiner (Part 2) which was signed by me using my voice authorized signature and is attached to the policy issued to me, as of the date of my signature below."

Application for Disability Insurance - Individual Disability Insurance Supplement

Question No. 1.C:

Occupation Class: "3M"

Question No. 1.D:

Is this part of an Approved Employee Multi-Life Program (unisex rates)? "No": "No"

Question No. 2.C.4:

Increase Option - Future Increase Option - BenefitAmount: "$13,500.00"

Question No. 2.C.5:

Mental and/or Substance-Related Disorders Limitation: "24 Month"

Student Loan Protection Rider Insurance Supplement

Question No. 2.B:

Elimination Period: "180 days"

Part 2 Medical Application

Question No. 16:

███████████████████████████

\*\*\*\*\*\*\*\*\*

It is agreed that these amendments and declarations are to be taken and considered a part of said application and subject to the representations and agreements therein, and that the said application and these amendments are to be taken as a whole and considered as the basis, and form part of the contract or policy issued thereon.

It is further represented that the statements and answers in said application were complete and true when made and that no changes have occurred which would make said statements and answers incorrect or incomplete as of the present date.

The undersigned declare that a duplicate copy of the foregoing amendment to application is attached to the policy.

Date  6/6/19

Anna F Schubert — Insured

EXHIBIT 1

21134392511|02-27-2021 12:47:34 AM

THIS IS A DUPLICATE POLICY ISSUED IN LIEU OF LOST POLICY NUMBER Z4163390 ORIGINALLY ISSUED APRIL 27, 2019.

PITTSFIELD, MASSACHUSETTS                    BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA
April 5, 2021

SECRETARY

AA914-B-6-2002