IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01061-KLM

BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA,

    Plaintiff,

v.

ANNA SCHUBERT,,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Restrict Public Access** [#10] (the "Motion"). In accordance with D.C.COLO.LCivR 7.2, the Motion [#10] was publicly posted to allow for any objections to the sealing of the document. No timely objections were filed.

    Pursuant to D.C.COLO.LCivR 7.2, the Court finds that the presumption of public access to Court files is outweighed by the parties' interest in privacy, and a redacted version of the document that Defendants seek to restrict has been filed. *See* [#9]. The unredacted Amended Complaint [#11] that Plaintiff seeks to restrict includes personal identifying information and medication information of Defendant that should remain confidential. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#10] is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Clerk of the Court is directed to maintain the unredacted Amended Complaint [#10] **UNDER RESTRICTION at LEVEL 1**.

    Dated:  June 10, 2021