IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01061-KLM

BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA,

    Plaintiff,

v.

ANNA SCHUBERT,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Notice of Settlement in Principle** [#22].

    IT IS HEREBY **ORDERED** that the Scheduling Conference set for September 2, 2021, at 2:00 p.m. is **VACATED**.

    IT IS FURTHER **ORDERED** that the parties shall file dismissal papers or a status report on or before **October 22, 2021**.

    Dated:  August 24, 2021