IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01061-KLM

BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA,

    Plaintiff,

v.

ANNA SCHUBERT,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulation for Dismissal with Prejudice** [#24] ("Stipulation"). Fed. R. Civ. P. 41(a)(1)(A)(ii) provides that a plaintiff may voluntarily dismiss an action "without a court order by filing: . . . a stipulation of dismissal signed by all parties who have appeared."

    Because the Motion is signed by counsel for all parties of record,

    IT IS HEREBY **ORDERED** that this case is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear their own attorneys' fees and costs. The Clerk of Court shall close this case.

    Dated: October 22, 2021